UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-12605 MEL

|  |  |
|---|---|
| DAVID H. DEAN,<br>    Plaintiff,<br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>    Defendant. | CA No. _____ |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Lowe's Home Centers, Inc., by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, for its Corporate Disclosure Statement, states as follows:

Lowe's Companies, Inc. (NYSE: LOW) is Defendant's parent corporation and the only publicly traded company that owns 10% or more of Defendant's stock.

Respectfully submitted,

LOWE'S HOME CENTERS, INC.

By Its attorneys,

_____
David C. Casey (BBO # 77260)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the plaintiff by mail on this 13th day of December 2004.

_____
Amy L. Nash