UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-1775

04-12605-MEL

DAVID DEAN, )
    Plaintiff, )
  )
v. )
  )
LOWE'S HOME CENTERS, INC.)
    Defendant. )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the Plaintiff, David Dean, in the above-entitled action.

By:

_____
Daniel C. Federico
BBO # 645717
RAINER, WALSH & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, MA 02151
(781) 289-7900

CERTIFICATE OF SERVICE

I hereby certify that on this day a true Copy of the above document was served upon the attorney(s) of record for each other party by mail on December 31, 2004.

_____
Daniel C. Federico, Esq.