UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID H. DEAN,<br>            Plaintiff,<br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>            Defendant. | CA No. 04-12605-mel |

## DEFENDANT LOWE'S HOME CENTERS, INC'S
## RULE 16.1(d)(3) CERTIFICATION

Defendant Lowe's Home Centers, Inc. and its undersigned counsel certify that they have conferred to establish a budget for the costs of the above captioned litigation and that they have discussed the use of alternative dispute resolution as a possible means of resolving this litigation.

Respectfully submitted,

LOWE'S HOME CENTERS, INC.

By their attorneys,

_____
David C. Casey (BBO # 77260)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

                                                       /s/ Harley Jones
                                                     Harley Jones, Esq.
                                                     Lowe's Home Centers, Inc.

Dated: January 20, 2005

### **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel for the plaintiff by mail on this 20th day of January 2005.

                                                    /s/ Amy L. Nash
                                                  Amy L. Nash