UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID H. DEAN,<br>    Plaintiff,<br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>    Defendant. | CA No. 04-12605-mel |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff David H. Dean ("Dean") and defendant Lowe's Home Centers, Inc. ("Lowe's") submit the following joint statement:

I.   Dean and Lowe's propose the following schedule for this litigation:

| January 20, 2005 | Exchange of Automatic Discovery |
|---|---|
| May 15, 2005 | Deadline to Amend Pleadings and Add Parties |
| May 15, 2005 | Rule 26(a)(2)(b) Expert Disclosure by Dean, if any |
| May 15, 2005 | All written discovery served |
| June 15, 2005 | Rule 26(a)(2)(b) Expert Disclosure by Lowe's, if any |
| July 15, 2005 | All expert and non-expert discovery completed (including depositions and written discovery) |
| August 15, 2005 | Dispositive Motions filed |
| October 2005 | Pretrial Conference (or after dispositive motions are ruled on by the Court) |

II. Other Matters Pursuant to Rule 16.1:

    a. Lowe's does not consent to a trial by Magistrate Judge at this time.

    b. The parties do not request alternative dispute resolution at this time.

    c. Counsel for the parties have discussed settlement and Dean's counsel has presented a written settlement proposal to Lowe's. Counsel for Lowe's will confer with Lowe's regarding the proposal it has received from Dean's counsel.

    d. The parties do not anticipate that they will exceed five depositions.

    e. Certifications under Local Rule 16(d)(3) will be filed with the Court with copies being sent to the parties.

Respectfully Submitted,

DAVID H. DEAN

By his attorney,

*[signature]*

Daniel C. Federico, Esq. (BBO # 645717)
Rainer, Walsh & O'Connor, LLP
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900

LOWE'S HOME CENTERS, INC.

By its attorneys,

*[signature]* /AN by permission

David C. Casey (BBO # 77260)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: January 20, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the plaintiff by mail on this 20th day of January 2005.

*[signature]*
Amy L. Nash