UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 20 ₁ P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DAVID H. DEAN,<br>　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CA No. 04-12605-mel

## DEFENDANT'S RULE 26(a)(1) DISCLOSURES

Defendant Lowe's Home Centers, Inc. ("Lowe's") hereby makes its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

(A)　The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1.　David H. Dean
Plaintiff
36 Sagamore Street
Lynn, Massachusetts

Likely to have information about plaintiff's employment at Lowe's, including the alleged incidents underlying his Complaint, and the damages, if any, plaintiff allegedly suffered as a result thereof.

2.　Allen Lerch
Lowe's
153 Andover Street
Danvers, Massachusetts 01923

May have information about plaintiff's employment at Lowe's, including the alleged incidents underlying plaintiff's Complaint, and Defendant's response(s) thereto.

Boston:5395.2 028756.1376

3.    Katherine Richard
Lowe's
153 Andover Street
Danvers, Massachusetts 01923

May have information about plaintiff's employment at Lowe's, including the alleged incidents underlying plaintiff's Complaint, and Defendant's response(s) thereto.

4.    Robert Estes
Lowe's
3195 Southwestern Blvd
Orchard Park, NY 14127

May have information about plaintiff's employment at Lowe's, including the alleged incidents underlying plaintiff's Complaint, and Defendant's response(s) thereto.

5.    Frank Romano
Lowe's
2796 Route 112
Medford, NY 11763
(631) 207-4541

May have information about plaintiff's employment at Lowe's, including the alleged incidents underlying plaintiff's Complaint, and Defendant's response(s) thereto.

6.    Steven M. Sexton
Lowe's
15 Commerce Way
Woburn, Massachusetts 01801
(781) 376-5500

May have information about plaintiff's employment at Lowe's, including the alleged incidents underlying plaintiff's Complaint, and Defendant's response(s) thereto.

7.    Wesley E. Anderson
Lowe's
153 Andover Street
Danvers, Massachusetts 01923

May have information about plaintiff's employment at Lowe's, including the alleged incidents underlying plaintiff's Complaint, and Defendant's response(s) thereto.

8.    Mark Gullotti
Lowe's
118 Second Avenue
Brooklyn, NY 11215
(718) 249-1151

May have information about plaintiff's employment at Lowe's,
including the alleged incidents underlying plaintiff's Complaint, and
Defendant's response(s) thereto.

9.    Cheryl Smith
Formerly employed by Lowe's

Contact information currently unknown

May have information about plaintiff's employment at Lowe's,
including the alleged incidents underlying plaintiff's Complaint, and
Defendant's response(s) thereto.

10.    Kris Lovett
Formerly employed by Lowe's

Contact information currently unknown

May have information about plaintiff's employment at Lowe's,
including the alleged incidents underlying plaintiff's Complaint, and
Defendant's response(s) thereto.

11.    Steven Vaughn
Formerly employed by Lowe's

Last known contact information:
11435 Hunter Drive
Yuma, AZ 85367
(978) 594-5254

May have information about plaintiff's employment at Lowe's,
including the alleged incidents underlying plaintiff's Complaint, and
Defendant's response(s) thereto.

12.    Kenneth Godin
       Formerly employed by Lowe's

       Last known contact information:
       655 Jerome Avenue
       Bristol, CT 06010
       (860) 584-8443

       May have information about plaintiff's employment at Lowe's,
       including the alleged incidents underlying plaintiff's Complaint, and
       Defendant's response(s) thereto.

13.    Al Dunn
       Formerly employed by Lowe's

       Last known contact information:
       167 Brittany Mnr., Apt. G
       Amherst, MA 01002
       (781) 932-2452

       May have information about plaintiff's employment at Lowe's,
       including the alleged incidents underlying plaintiff's Complaint, and
       Defendant's response(s) thereto.

(B)    A copy of, or description by category and location of, all documents, data
       compilations, and tangible things that are in the possession, custody or control
       of the party and that the disclosing party may use to support its claims or
       defenses, unless solely for impeachment.

       *Documents are attached hereto as Exhibit A.*

(C)    A computation of any category of damages claimed by the disclosing party,
       making available for inspection and copying as under Rule 34 the documents
       or other evidentiary material, not privileged or protected from disclosure, on
       which such computation is based, including material bearing on the nature and
       extent of injuries suffered.

       *Not applicable.*

(D)    For inspection any copying as under Rule 34 any insurance agreement under
       which any person carrying on an insurance business may be liable to satisfy
       part or all of a judgment which may be entered in the action or to indemnify or
       reimburse for payments made to satisfy the judgment.

       *Lowe's does not have an insurance agreement applicable to this case.*

Lowe's reserves the right to supplement these disclosures if necessary.

Respectfully submitted,

LOWE'S HOME CENTERS, INC.

By their attorneys,

David C. Casey (BBO # 77260)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: January 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the plaintiff by mail on this 20th day of January 2005.

Amy L. Nash

Online Personnel Change [ ]

# Online Personnel Data Change Form
File this completed form in the employee's file.

**Employee ID**  0 1 5 - 4 4 - 0 7 5 7

**Name**  David Dean

**Effective Date (MM/DD/YYYY)**  0 5 1 2 5 1 2 0 0 2

**New Location**

**New Department**  0 1 0 2

**New Position Title**

**Regular**  ✓ Check one    **Part-time**        Check one.

**Temporary**    **Full-time**  ✓

**New Job Code**  5 H 0 0 1 4

**New Hourly Rate**  $ __ __ . __ __

**Reason for Change**  lateral move

**Authorization ID**  0 3 7 - 3 8 - 3 7 95

**Authorization Signature**

**Authorization Title**  Store Manager

Please check your entries. If corrections are necessary, please fax this form to the Payroll Department.

L 0001

# LOWE'S
## EMPLOYEE PERFORMANCE REPORT

| | Location # | Department | Date |
|---|---|---|---|
| Print Employee's Name | 1094 | RTM | 4-01-02 |

Dave Dean

**Check Type of Notice:**
- ☐ INITIAL
- ☐ WRITTEN
- ☒ FINAL NOTICE
- ☐ TERMINATION

**Check Reason for Employee Performance Report:**
- ☐ COMMENDATION FOR GOOD JOB PERFORMANCE
- ☐ VIOLATION OF COMPANY POLICIES
- ☒ POOR JOB PERFORMANCE
- ☐ OTHER _____

**Describe the conduct/performance (who, what, when, why, where and how).**

Today April 1, 2002 I came in to a what seems to be becom a familiar sight. The RTM area was atrocious the items tha we received credit for were still on the dock, not shipped out. The appliances that have not received credit have no disposition on them as discussed in prior meetings with Dave. The inside of the cage is also extreamly unorganized as well as the dock and work area. In my professional opinion I don't belive the RTM position is the best fit for D

**What is expected in the future? Include follow-up dates.**

Dave will be moved out of RTM's and placed in a different position that will allow him to succeed in this company instead decline. Follow-up's ongoing any violation of this or any other kind will be with by diciplinary action up to and termination.

**List previous performance reports within the last 12 months:**

| Date | | | | Reason |
|---|---|---|---|---|
| | ☐ INITIAL | ☐ WRITTEN | ☐ FINAL NOTICE | |
| 4-01-02 | ☐ INITIAL | ☒ WRITTEN | ☐ FINAL NOTICE | Poor Job Performance |
| | ☐ INITIAL | ☐ WRITTEN | ☐ FINAL NOTICE | |

**Employee Comments:**

| Employee Signature does not mean the employee agrees with the content of this report, it only verifies that discussion about this report occurred. | Employee's Signature _David Dean_ | Date 4/1/02 |
|---|---|---|
| Print Supervisor's Name Steve A Vaughn Jr | Supervisor's Signature | Date 4/1/02 |
| Print Manager's Name Robert Estes | Manager's Signature | Date 4-1-02 |

**This report does not modify the Contract of Employment, which is terminable at the will of either party, with or without cause, at any time, and for any reason.**

Retain a copy in the employee's personnel file. Provide the employee a copy of the initial, written or final notice report.

# LOWE'S
## EMPLOYEE PERFORMANCE REPORT

| | Location # | Department | Date |
|---|---|---|---|
| | 1094 | RTM | 4-01-02 |

Print Employee's Name
Dave Dean

**Check Type of Notice:**
☐ INITIAL
☒ WRITTEN
☐ FINAL NOTICE
☐ TERMINATION

**Check Reason for Employee Performance Report:**
☐ COMMENDATION FOR GOOD JOB PERFORMANCE
☐ VIOLATION OF COMPANY POLICIES
☒ POOR JOB PERFORMANCE
☐ OTHER _____

**Describe the conduct/performance (who, what, when, why, where and how)**
Just recently we had inventory, and Andy Ramos's was conducting some reviews for operations. When Andy went to view the RTM Cleared report to see, it was not properly, he found that is was not worked at all. Dave had been instructed and shown how to print this on several occasions, both by myself and Steve Vaughn. To this day the report is still not printed or worked.

**What is expected in the future? Include follow-up dates.**
Dave is expected to print the reports pertinent to his functions. Follow-up is ongoing and any other violation of this or any other. Will be delt with by diciplinary action up to and including terminat.

**List previous performance reports within the last 12 months:**

Date 1-20-02 ☒ INITIAL ☐ WRITTEN ☐ FINAL NOTICE Reason _____

Date _____ ☐ INITIAL ☐ WRITTEN ☐ FINAL NOTICE Reason _____

Date _____ ☐ INITIAL ☐ WRITTEN ☐ FINAL NOTICE Reason _____

**Employee Comments:**

| Employee Signature does not mean the employee agrees with the content of this report, it only verifies that discussion about this report occurred. | Employee's Signature David Dean | Date 4/1/02 |
|---|---|---|
| Print Supervisor's Name Steve A Vaughn Jr | Supervisor's Signature | Date 4/1/02 |
| Print Manager's Name Robert Estes | Manager's Signature | Date 4/1/02 |

This report does not modify the Contract of Employment, which is terminable at the will of either party, with or without cause, at any time, and for any reason.

Retain a copy in the employee's personnel file. Provide the employee a copy of the initial, written or final notice report.

90776 POD

L 0003

# LOWE'S
## EMPLOYEE PERFORMANCE REPORT

| | Location # | Department | Date |
|---|---|---|---|
| | 1094 | RTM | 1-20-02 |

Print Employee's Name

Dave Dean

**Check Type of Notice:**
- ☒ INITIAL
- ☐ WRITTEN
- ☐ FINAL NOTICE
- ☐ TERMINATION

**Check Reason for Employee Performance Report:**
- ☐ COMMENDATION FOR GOOD JOB PERFORMANCE
- ☐ VIOLATION OF COMPANY POLICIES
- ☒ POOR JOB PERFORMANCE
- ☐ OTHER

**Describe the conduct/performance (who, what, when, why, where and how).**

Today I had to sit down and have a discussion with Dave on the condition of the RTM Cage. On several occasions I've had to personally work overnight to help clean up his area. I told him I don't mind helping out, but he needs to maintain it. Dave has agreed and says that his efforts will increase to ensure that the area is well kept.

**What is expected in the future? Include follow-up dates.**

Follow up is ongoing —

**List previous performance reports within the last 12 months:**

| Date | ☐ INITIAL ☐ WRITTEN ☐ FINAL NOTICE Reason |
|---|---|
| Date_____ | ☐ INITIAL ☐ WRITTEN ☐ FINAL NOTICE Reason _____ |
| Date_____ | ☐ INITIAL ☐ WRITTEN ☐ FINAL NOTICE Reason _____ |
| Date_____ | ☐ INITIAL ☐ WRITTEN ☐ FINAL NOTICE Reason _____ |

**Employee Comments:**

| Employee Signature does not mean the employee agrees with the content of this report, it only verifies that discussion about this report occurred. | Employee's Signature | Date |
|---|---|---|
| Print Supervisor's Name    Steve A Vaughan | Supervisor's Signature | Date 1/20/02 |
| Print Manager's Name    Robert Estes | Manager's Signature | Date 1-20-02 |

This report does not modify the Contract of Employment, which is terminable at the will of either party, with or without cause, at any time, and for any reason.

Retain a copy in the employee's personnel file. Provide the employee a copy of the initial, written or final notice report.

90776 POD

L 0004

# Lowe's Strategic Tra___ng & Achievement Review/___er Development Review
## (STAR/CDR)

| Last Name: Dean | First: David | Middle | STAR Effective Date |
|---|---|---|---|

Job Title: RTM Clerk

Reason for Review:  ☐ Merit    ☐ Promotion    ☒ Other _Today_

## STAR Standards (see back)

| | Exceeds Standard | Meets Standard | Does Not Meet Standard |
|---|---|---|---|
| 01 Customer Service | ☐ | ☒ | ☐ |
| 02 Merchandising | ☐ | ☒ | ☐ |
| 03 Computer Operation | ☐ | ☒ | ☐ |
| 04 Product Knowledge | ☐ | ☒ | ☐ |
| 05 Loss Prevention & Safety | ☐ | ☒ | ☐ |
| 06 Attendance/Punctuality | ☐ | ☒ | ☐ |
| 07 Organization | ☐ | ☒ | ☐ |
| 08 Report/Record Keeping | ☐ | ☒ | ☐ |
| 09 Initiative, Teamwork & Reliability | ☐ | ☒ | ☐ |
| 10 Job Knowledge | ☐ | ☒ | ☐ |
| 11 Training | ☐ | ☒ | ☐ |
| 12 Job Performance | ☐ | ☒ | ☐ |

**Supervisor Comments\*** (please include explanation for failure to meet standard(s) if applicable):
Dave has recently found himself really grasping the different aspects of the RTM position. The area is coming together. He needs some improvement on his attendance and on the organization his paper work, like OFR and Cleared RTM reports.

**Training Completed Since Last Review: Description and Date\***          Last Review Date _____

**Training Goals For Next Review: Description & Date for Completion\***
I would like for Dave to complete the SOS test on WKLN and all the Receiving test as well.

❖ This section should be completed by employee only when employee meets or exceeds all standards. ❖

## Career Development Review

Do you know how to apply for other jobs at Lowe's? ☐ Yes ☐ No

Please check the box that best matches how you feel about your work at Lowe's
- ☐ I am very satisfied with the job I have at Lowe's and have little interest in a job change.
- ☐ I am satisfied with the job I have, but would like another job at my current level even more.
- ☐ I am very interested in exploring the training required for a promotion.
- ☐ I am very interested in exploring the training to talk about other opportunities.
- ☐ I am not satisfied with my job and want to talk about other opportunities.

What are your career goals?\* Have they changed since you started at Lowe's?\* How?\* Why?\*

What training do you need to be more successful in your current job?\* A job you want in the future?\*
SOS - training so I can be more understanding to this procedure

**Employee Comments:\***
Being treated fairly is alright, being appreciated is good. Being compensated for a job such as RTM - is hopefully approaching. I like what I do, with time can do it better.

| Store Manager Signature | Date | Store Manager Name (Printed) |
|---|---|---|
| Supervisor Signature _(signed)_ | Date 8/04/01 | Supervisor Name (Printed) Robert Estes |
| Employee Signature David H. Dean | Date 8/31/01 | Month/Year of Next Planned Review |

90099 (Rev. 4/00)          \*Please check if additional comments on back ☐          L 0005

Online Personnel Change Form

## Online Personnel Data Change Form
File this completed form in the employee's file.

**Employee ID**  0 1 5 - 4 4 - 0 7 5 7

**Name**  David Dean

**Effective Date (MM/DD/YYYY)**  0 9 / 2 9 / 2 0 0 1

**New Location**

**New Department**

**New Position Title**

**Regular** ✓ Check one          **Part-time**          Check one

**Temporary**          **Full-time** ✓

(4.367)

**New Job Code**

**New Hourly Rate**  $ 1 1 . 9 5 0 0

**Reason for Change**  perf. inc.

OCT 12 2001

**Authorization ID**  0 3 7 - 3 8 - 3 7 9 5

**Authorization Signature**

**Authorization Title**  Store Manager

Please check your entries. If corrections are necessary, please fax this form to the Payroll Department.

L 0006

http://intranet.0998.lowes.com/manuals/peoplesoft/PersonnelDataChange.htm

10/5/01

# Employment Data Verification

**Location: 1094**

| | | |
|---|---|---|
| | | Print Date: 01.11.2001 |
| Social Security #: 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 | Employee Name and Address: **Dean,David,H.** 26 Broad St. #17 Lynn, MA    01902 | Phone #: 781.592-6563 |

## JOB DATA

| | | |
|---|---|---|
| Employment Classification: Full Time Regular   Active | Hire Date: | 01.06.2001 |
| Position Title:   RTM Clerk IV | Last Action: | Hire |
| Hourly Pay:    $11.00 | Last Action Date: 01.06.2001 | |
| Full/Part time date:   01.06.2001 | | |

## PERSONAL DATA

### EMERGENCY CONTACT INFORMATION

| PERSONAL DATA | EMERGENCY CONTACT INFORMATION |
|---|---|
| Preferred Name: David | Jordan,Janie |
| Birthdate: 07.17.1954 | 22 Union St. |
| EEO Code: Black | Lynn MA   01902 |
| Gender: Male | 781.595-5589 |
| Marital Status: Married | |

## BENEFITS   *To change your benefits, ask your PTC or HR representative for guidelines and forms.

| Benefit Plan | Coverage | Begin Date | End Date |
|---|---|---|---|
| Long Term Disability | Pending | | |
| Supplemental Life | Pending | | |
| Personal Accident | Pending | | |
| Medical | Pending | | |
| Dental | Pending | | |
| Life | Pending | | |
| Dependent Life | | | |

## DEPENDENTS

| | SSN | Gender | Birthdate | Health Coverage | Dental Coverage |
|---|---|---|---|---|---|
| Spouse Name | | | | | |
| Children | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## TAX DATA   *With any Tax changes you must complete and mail appropriate forms to the G.O.

| | | | | |
|---|---|---|---|---|
| Federal Marital Status: | M | Federal Exempt Status: | N | Federal Additional Amt:   $0.00 |
| Federal Withholding Allowances: | 1 | Federal Earned Income Credit: | N | Federal Additional %:   0.000 |
| Resident State Marital Status: | M | Resident State Exempt Status: | N | Resident State Additional Amt:   $0.00 |
| Resident State Withholding Allowances: | 0 | Resident State: | MA | Resident State Additional %:   0.000 |
| Work State Marital Status: | | Work State Exempt Status: | | Work State Additional Amt: |
| Work State Withholding Allowances: | | Work State: | | Work State Additional %: |
| Resident Local Tax  Locality: | | Withholding Allowances: | | Additional Amt:      Additional %: |
| Resident Local Tax  Locality: | | Withholding Allowances: | | Additional Amt:      Additional %: |

## Employment Data Change Authorization

The above information is correct ( or changes are marked ). Please correct wrong information.

L 0007

_____    Date _____    Management Signature _____    Date _____

**Employee Signature**

** Instructions for EDV: For new hires only  Employee - Review/Correct/Sign
** PTC - File signed original/ Send copy of corrections to payroll

Personal Data Change Form

**Location: 1094**

| Sales #: 0 |
|---|

| **Dean,David,H.** | | Region | Area | Location | Dept | Hire Date | Status | | Print Date |
|---|---|---|---|---|---|---|---|---|---|
| **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** | | 7 | 871 | 1094 | 0603 | 01.06.2001 | Active | | 01.11.2001 |

## RATE CHANGE

| Effective Date | Hourly Rate | | Biweekly Rate | Annual Rate | Pay Method | |
|---|---|---|---|---|---|---|
| 01.06.2001 | $11.00 | | $880.00 | $22,880.00 | Hourly | No |
| | New Rate: | % | | | | |

| Rate Change: | | | Special Pay Instructions: |
|---|---|---|---|
| Performance | $_____ | %_____ | |
| Promotion | $_____ | %_____ | |
| Demotion | $_____ | %_____ | |
| Market Adjust. | $_____ | %_____ | |
| Total | $_____ | %_____ | * Promotion Drug Test Date:_____ |

Increases more than 10% require DM approval, more than 25% RVP approval.

### Job Change or Transfer Codes

| TRANSFER ** When transfer between state/locality, appropriate tax forms are required. | | | | | PRO | Promotion |
|---|---|---|---|---|---|---|
| Effective Date | Location | | Department | Code | NJC | Transfer only no job change |
| 01.06.2001 | 1094 | | 0603 | HIR | DEM | Demotion (See HR Guide 112) |
| | | | | | LAT | Lateral move |

| JOB CHANGE ** Inform employees changing to full-time about benefit enrollment. | | | | | JRC | Job reclassification |
|---|---|---|---|---|---|---|
| Effective Date | Job Code | Job Title | | Code | FPT | FT to PT or Seasonal |
| 01.06.2001 | SH0044 | RTM Clerk IV | FT | HIR | PTF | PT or Seasonal to FT |
| | | | FT PT TMP | | VRG | Voluntary reduction in grade |

** NOTE: If employee is transferring locations, complete address change on reverse side.

### Leave Codes/See HR Guide 303 for FMLA rules

| LEAVE APPROVALS | | | | LPT Inactive PT or Seasonal | FML FMLA (if eligible) |
|---|---|---|---|---|---|
| Begin Date | Expected Return Date | Last Day Worked | Code | LLW Layoff lack of work | LMF Medical (FMLA) |
| | | | | LWC Alleged worker's comp | |
| | | | | LHP Hardship,personal (non FMLA) | |
| Actual Return to Work Date = > | | | | LMS Military service (if greater than 30 days) | |

| TERMINATION ** See HR Guide 112 | | | Rehire - Circle One | Comments: (Required for no or provisional rehire) |
|---|---|---|---|---|
| Termination Date | Last Day Worked | Code | Yes  No  Provisional | |

| Voluntary termination codes: | Involuntary termination codes: | Involuntary termination codes (Continued): |
|---|---|---|
| VAB Abandoned Job | IAR Alteration of records | IAF Falsification of Application |
| DEA Death | IDO Failed to meet DOT requirements | IOT Other (must explain in comments section) |
| VFL Failure to return from leave | IDP Failed drug and alcohol policy | IRD Reckless damage of company property |
| VHE Health | IFD Failure to follow instructions,proc. | IRC Rudeness to customers |
| VOE Other Employment - Job related | IFA Fighting/Affray | ITE Seasonal job ended |
| VOP Other Employment - Personal | IIN Insubordination | IJF Inability to perform essential job functions |
| VPE Personal. | IJE Job elimination | IPC Unauthorized possession of Lowe's property |
| VRT Retirement | ILI Loading/Unloading w/o proper invoice | IAT Unsatisfactory attendance |
| VRS Return to school | ILW Lack of work | IJP Unsatisfactory job performance |
| VRE To relocate | IWP Left work w/o permission | IDA Use, possession or under influence of drugs or alcohol |
| VUR Unknown reason | ICL Location closing | IPJ Willful failure to perform job |
| | INQ Not qualified - no misconduct | IVR Violation of company rules |
| | | ICE Violation of condition of employment |

| APPROVAL SIGNATURE: | Date: | APPROVAL SIGNATURE: | Date: |
|---|---|---|---|
| 1. | | 2. | |
| Soc. Sec. #: | Title: | Soc. Sec. #: | Title: |
| APPROVAL SIGNATURE: | Date: | APPROVAL SIGNATURE: | Date: |
| 3. | | 4. | |
| Soc. Sec. #: | Title: | Soc. Sec. #: | Title: |

L 0008

Comments:

**Personal Data Change Form**

Location: 1094

Sales #: 0

| Dean,David,H. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 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 | Region 7 | Area 871 | Location 1094 | Dept 0603 | Hire Date 01.06.2001 | Status Active | Print Date 01.11.2001 |

## RATE CHANGE

| Effective Date | Hourly Rate | | Biweekly Rate | Annual Rate | Pay Method | No |
|---|---|---|---|---|---|---|
| 01.06.2001 | $11.00 | | $880.00 | $22,880.00 | Hourly | |
| | New Rate: | % | | | | |

**Special Pay Instructions:**

Rate Change:
Performance    $_____ %_____
Promotion    $_____ %_____
Demotion    $_____ %_____
Market Adjust.    $_____ %_____
Total    $_____ %_____

Increases more than 10% require DM approval, more than 25% RVP approval.

* Promotion Drug Test Date: _____

### Job Change or Transfer Codes

PRO  Promotion
NJC  Transfer only no job change
DEM  Demotion (See HR Guide 112)
LAT  Lateral move
JRC  Job reclassification
FPT  FT to PT or Seasonal
PTF  PT or Seasonal to FT
VRG  Voluntary reduction in grade

## TRANSFER ** When transfer between state/locality, appropriate tax forms are required.

| Effective Date | Location | Department | Code |
|---|---|---|---|
| 01.06.2001 | 1094 | 0603 | HIR |

## JOB CHANGE ** Inform employees changing to full-time about benefit enrollment.

| Effective Date | Job Code | Job Title | FT | Code |
|---|---|---|---|---|
| 01.06.2001 | SH0044 | RTM Clerk IV | FT PT TMP | HIR |

** NOTE: If employee is transferring locations, complete address change on reverse side.

## LEAVE APPROVALS

| Begin Date | Expected Return Date | Last Day Worked | Code |
|---|---|---|---|
| | | | |
| | | | |

Actual Return to Work Date => 

### Leave Codes/See HR Guide 303 for FMLA rules

LPT  Inactive PT or Seasonal
LLW  Layoff lack of work
LWC  Alleged worker's comp
LHP  Hardship/personal (non FMLA)
LMS  Military service (if greater than 30 days)
FML  FMLA (if eligible)
LMF  Medical (FMLA)

## TERMINATION ** See HR Guide 112

| Termination Date | Last Day Worked | Code | Rehire - Circle One |
|---|---|---|---|
| | | | Yes  No  Provisional |

**Comments: (Required for no or provisional rehire)**

**Voluntary termination codes:**
VAB  Abandoned Job
DEA  Death
VFL  Failure to return from leave
VHE  Health
VOE  Other Employment - Job related
VOP  Other Employment - Personal
VPE  Personal,
VRT  Retirement
VRS  Return to school
VRE  To relocate
VUR  Unknown reason

**Involuntary termination codes:**
IAR  Alteration of records
IDO  Failed to meet DOT requirements
IDP  Failed drug and alcohol policy
IFD  Failure to follow instructions/proc.
IFA  Fighting/Affray
IIN  Insubordination
IJE  Job elimination
ILI  Loading/Unloading w/o proper invoice
ILW  Lack of work
IWP  Left work w/o permission
ICL  Location closing
INQ  Not qualified - no misconduct

**Involuntary termination codes (Continued):**
IAF  Falsification of Application
IOT  Other (must explain in comments section)
IRD  Reckless damage of company property
IRC  Rudeness to customers
ITE  Seasonal job ended
IJF  Inability to perform essential job functions
IPC  Unauthorized possession of Lowe's property
IAT  Unsatisfactory attendance
IJP  Unsatisfactory job performance
IDA  Use, possession or under influence of drugs or alcohol
IPJ  Willful failure to perform job
IVR  Violation of company rules
ICE  Violation of condition of employment

| APPROVAL SIGNATURE: Date: | APPROVAL SIGNATURE: Date: |
|---|---|
| 1. | 2. |
| Soc. Sec. #: Title: | Soc. Sec. #: Title: |
| APPROVAL SIGNATURE: Date: | APPROVAL SIGNATURE: Date: |
| 3. | 4. |
| Soc. Sec. #: Title: | Soc. Sec. #: Title: |

Comments:

L 0009

# WORK HISTORY

**LIST WORK HISTORY BEGINNING WITH THE CURRENT OR MOST RECENT EMPLOYERS AND MILITARY SERVICE**

| | EMPLOYMENT DATES | |
|---|---|---|
| | | Month | Year |

Company Name: New Boston 978-774-1800
Address: 85 Constitution Lane
City: Danvers  State: MA  Zip:

What type of work do you do? *Temp*
Name and title of your supervisor? *Jim*
Reason for leaving? *Present*

From: Month 4  Year 00
To: Present
Pay Rate: 10. hr

Company Name: Home Depot 978-741-9299
Address: 5 Traders Way
City: Salem  State: MA  Zip: 01970  Tel.#:

What type of work did you do? *RTV Clerk*
Name and title of your supervisor? *Sherri*
Reason for leaving? *Not enough hrs*

From: Month 3  Year 00
To: Month 11  Year 00
Pay Rate: 12.hr

Company Name: Arrow Electronics 978-974-4___
Address: 85 Concord St
City: N. Reading, MA  State:  Zip: 01985

What type of work did you do?
Name and title of your supervisor?
Reason for leaving?

From: Month 3  Year 96
To: Month 3  Year 00
Pay Rate:

Company Name: American Staffing  Yellow Pages
Address: Union St
City: Lynn  State: MA  Zip: 01902

What type of work did you do? *Temp*
Name and title of your supervisor? *Paul*
Reason for leaving? *Assignment Ended*

From: Month  Year
To: Month  Year
Pay Rate:

State reason and length of any inactivity between employers.

May we contact your present employer for a work reference?  Yes ☑  No ☐
If yes, when?

To assist us in verifying your prior employment, have you ever worked under another name?  ☐ Yes  ☑ No   If yes, list name

# Availability

What type of employment are you seeking?
(Check each classification you are willing to work.)
☑ Full-Time   ☐ Part-Time   ☐ Seasonal

Length of employment desired:
✓ Over a year            _____ Less than a year
_____ Summer/Seasonal – From _____ to _____

How soon can you start working for Lowe's? *ASAP*
Number of hours you would prefer to work each week *48*
Maximum number of hours you can work each week *?*

We hire people to work during hours we're closed to the public as well as times we are open for business. To help us consider you for a job that matches your availability, please tell us the earliest time and the latest time you can work each day by completing the chart on the right.

| Day | Earliest Time | Latest Time |
|---|---|---|
| Sun. | Afternoons | Closing |
| Mon. | All Day | |
| Tue. | " | |
| Wed. | " | " |
| Thu. | " | |
| Fri. | " | |
| Sat. | " | |

If hired, the hours you have listed will be taken into consideration in our scheduling process. If you have any conflicts, please list them: _____

# Important

## APPLICANT'S AGREEMENT AND CERTIFICATION.  READ BEFORE SIGNING.

I hereby certify that the facts set forth in the above employment application are true and complete to the best of my knowledge. I understand that, if employed, falsified statements on this application may result in disciplinary action up to and including termination.

I hereby authorize all of my present and former employers, school authorities and persons listed as personal references to furnish Lowe's, or any agent acting on its behalf, information concerning my personal character, work habits and employment record (such as a statement of the reasons for the termination or separation of my employment), work performance, abilities, and other qualities pertinent to my qualifications for employment. I hereby release all such persons and Lowe's and their respective officers, directors, employees, or agents, in both their individual and representative capacities, from any and all liability for damages of whatever nature arising from furnishing or receiving the requested information.

Lowe's is hereby authorized to make any investigation of my personal history and financial and credit record through any investigative or credit agencies or bureaus of Lowe's choice, at anytime during the course of my employment with Lowe's. I also understand that, upon written request, I will be informed if a consumer credit report was requested, and if such a report was requested, I will be told the name and address of the agency furnishing the report.

I understand that I may be required to undergo screenings for substance abuse (drugs) as a condition of my employment.

I also understand that all employment with Lowe's Companies, Inc. and its Subsidiaries, Lowe's Home Centers, Inc. and the Contractor Yard, Inc. or any affiliate thereof is 'at will' and may be terminated by Lowe's or by me at any time and for any reason or no reason at all with or without notice.

Lowe's is an equal opportunity employer. Our policy is to consider all applicants for employment based on their qualifications and our current job vacancies. Applicants are considered without regard to race, color, religion, sex, national origin, age, disability, or marital status or any other category that may be protected under applicable law.

MY SIGNATURE IS EVIDENCE THAT I HAVE READ AND AGREE WITH THE ABOVE STATEMENTS.

*Daniel H Dew*          1/2/00

L 0010

## HIRING PROCESS

Thank you for your interest in Lowe's. Our commitment to excellence begins with hiring the most qualified candidate. We want to provide you with information about Lowe's to help you make an informed decision to apply. Before you begin the formal application process, please read this statement of basic standards and requirements. If you feel that you can comply, we welcome your application. Please acknowledge your understanding by signing your name on the line provided below.

## SUBSTANCE ABUSE — Lowe's provides a

substance-free workplace. All candidates will undergo urinalysis and/or hair testing to determine any level of controlled substance. A confirmed positive drug test will result in disqualification or termination.

## BACKGROUND CHECKS — Lowe's will conduct

an extensive background check which may include verification with the Social Security Administration, Department of Motor Vehicles, criminal Courts, state and county repositories of criminal records, credit bureaus, and employer mutual associations. Falsification of information or failure to provide information can result in disqualification, or termination if discovered after hire.

## EMPLOYMENT INTERVIEWS — Several interviews

may be conducted with you in order to determine if you are the best candidate and to provide more detailed information regarding your work history and qualifications.

## SURVEYS — Various surveys may be administered to

determine your attitude and aptitude in job-related areas.

## PHYSICAL EXAMINATION — Some positions in

the company require a physical examination.

## CUSTOMER SATISFACTION — All of Lowe's

Employee Owners commit to provide our customers knowledgeable and friendly assistance whenever needed, regardless of where each job is performed.

I have read and understand the employee selection process utilized by Lowe's.

Applicant's SIGNATURE

DATE  1-2-01

NOTE: We intend to fully verify all information on your application. Be complete and accurate in your responses. Falsification or omission of information will lead to termination.

NOTE: An objection does not necessarily disqualify an applicant from consideration.

Would you be willing to:

Work overtime when needed? (YES) NO

Work holidays (not including Thanksgiving and Christmas)? (YES) NO

Work a schedule that changes from week to week? (YES) NO

Interrupt your break to help a customer? (YES) NO

Be at work on time every time? (YES) NO

Report to work and remain free from being under the influence of drugs or alcohol? (YES) NO

Wear safety equipment required for your job? (YES) NO

Work in an environment that may sometimes be hot or cold, dusty and noisy? (YES) NO

Please explain objections you may have to any of the conditions noted above, such as the desire for a part-time schedule.

## RATE YOURSELF

Circle the number that best describes you. One is average, five is excellent.

FRIENDLINESS: 1 2 3 4 (5)

HELPFULNESS: 1 2 3 4 (5)

WORK ETHIC: 1 2 3 4 (5)

HONESTY: 1 2 3 4 (5)

TEAM PLAYER: 1 2 3 4 (5)

L 0011

# Lowe's Strategic Training & Achievement Review/Career Development Review (STAR/CDR)

| Last Name | First | Middle | STAR Effective Date |
|---|---|---|---|
| Dean | David | | 1-6-02 |

**Job Title** RTM Clerk

**Reason for Review**
☐ Merit  ☐ Promotion  ☒ Other _Annual_

| STAR Standards (see back) | Exceeds Standard | Meets Standard | Does Not Meet Standard |
|---|---|---|---|
| 01 Customer Service | ☐ | ☒ | ☐ |
| 02 Merchandising | ☐ | ☒ | ☐ |
| 03 Computer Operation | ☐ | ☒ | ☐ |
| 04 Product Knowledge | ☐ | ☒ | ☐ |
| 05 Loss Prevention & Safety | ☐ | ☒ | ☐ |
| 06 Attendance/Punctuality | ☐ | ☐ | ☒ |
| 07 Organization | ☐ | ☐ | ☒ |
| 08 Report/Record Keeping | ☐ | ☐ | ☒ |
| 09 Initiative, Teamwork & Reliability | ☐ | ☒ | ☐ |
| 10 Job Knowledge | ☐ | ☒ | ☐ |
| 11 Training | ☐ | ☒ | ☐ |
| 12 Job Performance | ☐ | ☐ | ☒ |

**Supervisor Comments*** (please include explanation for failure to meet standard(s) if applicable):
David has the knowledge and can certainly perform this job. I think that his constant time away from work is directly affecting the productivity- He also needs to be more organized especially w/ all the reports and OFR log.

**Last Review Date** _____

**Training Completed Since Last Review: Description and Date***
N/A

**Training Goals For Next Review: Description & Date for Completion***
Dave needs to Cross-Train w/ price changes 1-6-03

## Career Development Review
❖This section should be completed by employee only when employee meets or exceeds all standards.❖

Do you know how to apply for other jobs at Lowe's? ☐ Yes ☐ No

Please check the box that best matches how you feel about your work at Lowe's
☐ I am very satisfied with the job I have at Lowe's and have little interest in a job change.
☐ I am satisfied with the job I have, but would like another job at my current level even more.
☐ I am very interested in exploring the training required for a promotion.
☐ I am not satisfied with my job and want to talk about other opportunities.

**What are your career goals?*** Have they changed since you started at Lowe's?* How?* Why?*
_____

**What training do you need to be more successful in your current job?* A job you want in the future?***
1 yr- has help me familiarize with my duties and more time will be an ally in RTM functions.

**Employee Comments:***
Major concerns are appliances tools, and other items needs to be marked with what's wrong with it plus receipts of purchases, that helps the return process funnier.

| Store Manager Signature | Date | Store Manager Name (Printed) |
|---|---|---|
| | | |
| Supervisor Signature | Date 1-31-02 | Supervisor Name (Printed) Robert Estes |
| Employee Signature David Dean | Date 1/30/02 | Month/Year of Next Planned Review |

90099 (Rev. 4/00)    *Please check if additional comments on back ☐    L 0012

**STEP 5: Overall Evaluations** Look for employees who have been generally pleased with their former workplace and have sound reasons for wanting to work at Lowe's such as better benefits, wages, and promotional opportunities.

Complete the overall evaluation of this applicant as a potential Lowe's employee based on the factors listed below. Use the following rating scale: 1 = Excellent, 2 = Good, 3 = Average, 4 = Poor.

| CRITERIA | ASM EVALUATION | | | | STORE/CO-MANAGER EVALUATION | | | |
|---|---|---|---|---|---|---|---|---|
| Friendliness/Professionalism | ① | ② | ③ | ④ | ① | ② | ③ | ④ |
| Knowledge and Experience Level | ① | ② | ③ | ④ | ① | ② | ③ | ④ |
| Ability to fulfill the Company's commitment to Customer Satisfaction | ① | ② | ③ | ④ | ① | ② | ③ | ④ |

**STEP 6: Hiring Decision: THIS SECTION TO BE COMPLETED JOINTLY BY THE ASSISTANT STORE MANAGER AND STORE MANAGER**

HIRE? YES ☒ NO ☐ (If no, send postcard #90400)

RECOMMENDED POSITION: _RTM_   RECOMMENDED WAGE: $ _11.00_

ORIENTATION DATE: _1-06-01_

ASST. STORE MGR. SIGNATURE: _____ DATE: _1-02-01_

STORE MANAGER SIGNATURE: _____ DATE: _1-3-01_

**Previous Employer/Personal Reference Verification: PTC TO COMPLETE THIS STEP**
Document previous employers' comments below using this rating scale: 1 = Excellent, 2 = Good, 3 = Average, 4 = Poor

| | Employer: | | | | Employer: | | | | Employer: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job performance? | ① | ② | ③ | ④ | ① | ② | ③ | ④ | ① | ② | ③ | ④ |
| Punctuality? | ① | ② | ③ | ④ | ① | ② | ③ | ④ | ① | ② | ③ | ④ |
| Attendance? | ① | ② | ③ | ④ | ① | ② | ③ | ④ | ① | ② | ③ | ④ |
| Eligibility for re-hire? | ① | ② | ③ | ④ | ① | ② | ③ | ④ | ① | ② | ③ | ④ |
| Ability to get along with co-workers? | ① | ② | ③ | ④ | ① | ② | ③ | ④ | ① | ② | ③ | ④ |
| Ability to get along with supervisors? | ① | ② | ③ | ④ | ① | ② | ③ | ④ | ① | ② | ③ | ④ |

Contact:
Comments:

Contact:
Comments:

Contact:
Comments:

**If applicant is hired, maintain this form with employment file. If applicant is not hired, retain this form and attach to the employment application.**

Item # 90725 rev. 4/99     Lowe's Employment Interview Form     L 0013

# LOWE'S
## EMPLOYMENT INTERVIEW FORM
### Lowe's is an Equal Opportunity Employer

| Applicant's Name | Date |
|---|---|
| *Dean, David* | 01/02/01 |

**STEP 1: Job Explanation**
Discuss the following issues with the applicant

| Topic | Check to indicate you have discussed |
|---|---|
| Job Title | CSA    RTM |
| Job Class (Full-time, Part-time, Seasonal) | FT |
| Starting Rate of Pay | 22k Yearly |
| Work Schedule (List any restrictions you have discussed) | Sunday - noon - close |
| Drug Free Work Place | ✓ |
| Background Check | ✓ |
| Overtime Requirements | ✓ |
| Uniform/Appearance Standards | ✓ |
| Hiring Process Steps | ✓ |

**ADA REQUIREMENTS**
- **Review ADA Job Description with each applicant. The applicant will read and sign the Job Description indicating they have reviewed the requirements.**
- **Is the applicant able to perform the essential functions of the job with or without a reasonable accommodation? ____ Yes ____ No**
    - **if no, the applicant cannot be considered further for this position.**
- **If the applicant requests accommodations to perform the job, document the request below.**

_____

_____

**DO NOT AGREE TO ANY ACCOMMODATION DURING THE INTERVIEW. IMMEDIATELY CONTACT YOUR REGIONAL HUMAN RESOURCES MANAGER FOR GUIDANCE.**

### LOWE'S EMPLOYMENT INTERVIEW FORM INSTRUCTIONS

1. Prepare for the interview by reviewing the Job Description.

2. Review the application. The applicant must have completed an application for this job. If there are gaps in the employment history, or if any required signatures are missing ask the applicant to complete the application.

3. Follow the questions on the guided interview form.

4. Why is the applicant leaving the previous or current employer? We are looking for employees who are reasonably content with their workplace and or employer. Applicants who are negative about former work situations will more than likely find fault with all employers.

L 0014

**STEP 2:    PTC TO COMPLETE:**
Paragon Survey for Hourly Store Associates (for all CSA, retail/commercial cashier, plumbing & loader positions)

| Applicant's Social Security No. : | Date of PARAGON Survey: / / |
|---|---|
| Store Location of PARAGON Survey: # | PARAGON Assessment Method: ___ On-Line    ___ Paper and Pencil |
| Assessment Score: | Survey Number: |

| Reid Survey (All Associates) | Recommendation: | If QR, did the applicant satisfactorily answer follow-up questions: |
|---|---|---|

**STEP 3:    ASSISTANT STORE MANAGER TO COMPLETE THIS STEP**

Character and Values:

| Ask the following questions | Record Applicant's Response Below |
|---|---|
| 1. How will your previous experience help you in this job? | Previous R.T.A experience, good phone communications |
| 2. What are some things a store should do for you or do to create a positive impression on your customers? | salespeople available, understand and explain cust. needs, awareness |
| 3. What will it take in order for you to be satisfied and fulfilled in this job? | treated fairly, respected, stay professional |
| 4. Tell me about your last supervisor. Was he/she a good supervisor? Why or why not? | Yes - Attentive, responded to needs |
| 5. Give me an example of a time when your boss really made you mad. | |
| 6. Give me an example of a skill you are trying to improve on. | |
| 7. Give me an example of a time when your boss or co-worker recognized you for doing something outstanding. | |
| 8. Tell me about your most challenging customer. | G.E. vendor, could not get response, offered options, took their time! used resources to get hold of higher-ups |
| 9. What were your complaints about your previous job? | None |
| 10. What is the worst experience you have had dealing with a co-worker? How did you respond to it? | |

Item # 90725  rev. 4/99          Lowe's Employment Interview Form          L 0015

## Knowledge, Skills, Experience and Training

Determine if the applicant meets the minimum requirements for each of the skills and experiences by asking the following questions about each skill relevant to this job.

Discuss each skill listed with the applicant to determine experience, knowledge. If the applicant possesses the experience or knowledge, ask the applicant:

* How did you obtain the skill?
* Which skills are strongest and weakest?

| | YES | NO | N/A |
|---|---|---|---|
| Customer Service | ☑ | ☐ | ☐ |
| Cashier | ☑ | ☑ | ☐ |
| Forklift | ☑ | ☑ | ☐ |
| Driving CDL | ☑ | ☐ | ☐ |
| Stocking/Merchandising | ☑ | ☐ | ☐ |
| Product Knowledge | ☐ | ☑ | ☐ |
| Garden Center/Nursery | ☐ | ☑ | ☐ |
| Home Decor | ☑ | ☐ | ☐ |
| Paint | ☑ | ☐ | ☐ |
| Electronics | ☑ | ☐ | ☐ |
| Appliances | ☑ | ☑ | ☐ |
| Electrical | ☐ | ☑ | ☐ |
| Plumbing | ☐ | ☑ | ☐ |
| Hardware/Tools | ☑ | ☐ | ☐ |
| Building/Construction | ☐ | ☑ | ☐ |
| Sales | ☐ | ☑ | ☐ |
| Blue Print Takeoffs | ☐ | ☐ | ☐ |
| Other | | | |

| STEP 4:  Additional Character and Values. **STORE/CO-MANAGER TO COMPLETE THIS STEP** | |
|---|---|
| **Ask the Following Questions** | **Record Applicant's Response Below** |
| 1. How did your previous company treat employees? Can you give me examples? | Build you up then – Take you down – |
| 2. Tell me about the promotional opportunities at your last job. Were they fairly administered? What should determine promotions? | Ware – unfair  Kept him trapped in hrs department |
| 3. What type of supervisor have you found to be the easiest to work with? Most difficult? | See them and be there for them .... |
| 4. If I asked a personal friend outside your job to describe you, what would they say? | Good Guy |
| 5. What is your definition of good customer service? Bad customer service? | Customer is always right. |

| | |
|---|---|
| ☐ **Sent for drug screen** | Contact APG (800) 841-9700 the day of or before making a job offer. |
| | WOTC # _____    ELIGIBLE: YES ☐   NO ☐ |

# EMPLOYMENT RECORD

| | |
|---|---|
| **Social Security Number** | 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 |
| **Name (Last, First, Middle)** | DEAN DAVID H. |
| **Preferred Name** | |

| | | | | | |
|---|---|---|---|---|---|
| **Street** | 26 BROAD ST #17 | | | | |
| **City** | LYNN | **State** | MA | **Zip Code** | 01902 |
| **Home Phone** | 781-592-6563 | | | | |

**Marital Status** (check one)
- ☐ Single (S)
- ☑ Married (M)
- ☐ Widowed (W)
- ☐ Divorced (D)
- ☐ Separated (E)

If not single, enter date this status became effective 12/24/79

**Sex** (check one)
- ☑ Male (M)
- ☐ Female (F)

**Ethnic Group** (check one)
- ☐ White (1)
- ☑ Black (2)
- ☐ Hispanic (3)
- ☐ Asian/Pacific Islander (4)
- ☐ American Indian (5)

**Birthdate** 7/12/54

## EMERGENCY NOTIFICATION

| | | | | | |
|---|---|---|---|---|---|
| **Name (Last, First, Middle)** | JANIE JORDAN | | | | |
| **Address** | 22 UNION ST | | | | |
| **City** | LYNN, MA 01902 | **State** | MA | **Zip Code** | 01902 |

**Relationship** (check one)
- ☐ SPOUSE  ☐ CHILD  ☐ PARENT  ☐ OTHER RELATIVE  ☑ FRIEND

**PHONE NUMBER** (781) 595-5589

## OFFICE USE ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Hire Date** | 1/6/01 | **Location #** | 1094 | **Department #** | 613 |
| **Position #** | SH0044 | **Position Title** | RTM Clerk | | |

**Employment Classification** (check one)
- ☑ Regular Full-Time  ☐ Regular Part-Time  ☐ Seasonal

### Pay Rate/Method

| HOURLY BASE PAY RATE | BIWEEKLY SALARIED/ DRAW BASE PAY RATE | CONTRACTOR OVERRIDE % | Special Instructions |
|---|---|---|---|
| $ 11.50 per hour | $ biweekly rate | CAR ALLOWANCE | L 0017 |

## APPROVAL

| PTC/Location HR Manager Signature | Date | Location Manager Signature | Date |
|---|---|---|---|
| Kaj Richard | 1-6-01 | Jamie Clay | 1-6-01 |

90827-A (Rev. 1/99)    RETAIN IN EMPLOYEE PERSONNEL FILE

# LOWE'S HAZARDOUS MATERIALS PROGRAM

## EMPLOYEE RIGHT TO KNOW
## AND
## HAZARDOUS MATERIALS RESPONSE

7. Combustible and flammable materials give off vapors that may ignite given a spark or flame?

   (TRUE)    FALSE

8. If a product is missing its label, you can sell the product at a discount?

   TRUE    (FALSE)

9. Every employee is responsible for knowing how to clean up spills and properly labeling the spill bag for Hazardous Waste.

   (TRUE)    FALSE

10. With any chemical spill, you should ask all customers and other unnecessary employees to move a safe distance away from the spill area?

    (TRUE)    FALSE

11. After you have cleaned up a chemical spill, the absorbed material can be discarded into the trash.

    TRUE    (FALSE)

## MULTIPLE CHOICE

1. The OSHA Standard requires that employers provide:

   a. A written hazard communication program.
   b. Assessment of hazardous chemicals in the workplace.
   c. Availability of Material Safety Data Sheets (MSDS).
   d. Training on how to properly respond to hazards posed by chemicals in the workplace.
   e. All of the above

# LOWE'S HAZARDOUS MATERIALS PROGRAM

## EMPLOYEE RIGHT TO KNOW
## AND
## HAZARDOUS MATERIALS RESPONSE

2.  Which of the following will corrode or burn other materials and skin?

    a.  Muriatic Acid
    b.  Chlorine
    c.  Drain Cleaners
    d.  Concrete Cleaners
    e.  All of the above

3.  Chemical products that are damaged and cannot be reduced and sold or used at the store must be:

    a.  Properly bagged and labeled
    b.  Authorized employee must take out of inventory
    c.  Must be placed in hazardous waste drum by authorized employee
    d.  Thrown away

4.  Which of the following ways can a chemical enter the body?

    a.  Ingestion through the mouth
    b.  Inhalation through the lungs
    c.  Absorption through the skin
    d.  All of the above

5.  If I am exposed to a hazardous product I should wash the immediate affected area, then:

    a.  Contact my supervisor
    b.  Obtain an MSDS to assure I have taken all necessary precautions
    c.  Both a and b

# LOWE'S HAZARDOUS MATERIALS PROGRAM

## EMPLOYEE RIGHT TO KNOW
## AND
## HAZARDOUS MATERIALS RESPONSE

6. What Federal agency is responsible for the creation of the Hazard Communication Standard?

   a. EPA
   b. HazMat Support
   c. OSHA
   d. DOT

7. Match the product to the hazard class.



   _B_ Corrosive        A = Paint Thinner
   _A_ Ignitable        B = Muriatic Acid
   _D_ Toxic            C = Chlorine Granules
   _C_ Reactive         D = Malathion

8. A signal word(s) might be:

   a. Danger
   b. Caution
   c. Warning
   d. All of the above

9. What should be your concerns when there is a chemical spill or leak?

   a. Avoiding physical harm to customers and employees
   b. Not making the spill worse
   c. Safe handling and disposal
   d. All of the above

# LOWE'S HAZARDOUS MATERIALS PROGRAM

## EMPLOYEE RIGHT TO KNOW
## AND
## HAZARDOUS MATERIALS RESPONSE

10. The Spill Pack is to be used for:

    a. Corrosive chemical spills
    b. Ignitable chemical spills
    c. Reactive chemical spills
    d. Toxic chemical spills
    e. All hazardous chemical spills

11. If a chemical spill occurs in the parking lot, what would be your best response?

    a. Flush area with water
    b. Contain the spill with sand, vermiculite, or lime to prevent from going into a storm drain and contact HazMat Support for instructions
    c. Absorb with sawdust and discard in trash

12. What are my concerns when responding to an ignitable spill? *(circle all that apply)*

    a. Fire Hazard
    b. Health Hazard
    c. Corrosive Hazard
    d. None of the above

13. Circle the items which would be found in your Spill Pack.

    a. Safety goggles
    b. Absorbent pads
    c. Can of copenhagen
    d. Chemical resistant gloves

# LOWE'S HAZARDOUS MATERIALS PROGRAM

## EMPLOYEE RIGHT TO KNOW
### AND
## HAZARDOUS MATERIALS RESPONSE

14. What is the #1 priority when handling a chemical spill?

   a. Being a hero
   b. Panicking
   c. Safety of personnel and customers

15. To find out additional information regarding the Lowe's Hazmat Program, I can contact:

   a. Police
   b. Our stores trainer
   c. Loss Prevention, Safety & Hazmat Department - ext. 4095

## SCORE TOTALS

1. (True or False) Number Correct: _____11_____ (11 possible)

2. (Multiple Choice) Number Correct: _____15_____ (15 possible)

Total Correct: _____26_____ (26 possible)

## GRADING

20 - 26 correct    *(Excellent!  Keep up the good work.)*

15 - 19 correct    *(Good!  Study the Employee manual more.)*

10 - 14 correct    *(Below average.  Review the video again and test.)*

0 - 9 correct    *(Poor.  Review the video and manual again and test.)*

NOTE:  This completed and graded quiz will be kept in your training file folder.

L 0047

**LOWE'S of** _Danvers_ _____ # _10 74_

---

# UNIVERSAL TYPE I TRAINING

## BLOODBORNE PATHOGENS QUIZ AND TRAINING DOCUMENTATION
### (TO BE GIVEN TO ALL EMPLOYEES DURING NEW HIRE ORIENTATION)

1. What are bloodborne pathogens? _Are micro-organisms that cause illness (Hepatites "B" (Aids,_

2. What is meant by the term "universal precautions?" _Means treating any bodily fluids (accidents) with the right precautions, precess the risks._

3. What is the first thing you should do when involved in a situation where there is a possibility of contact with blood or other body fluids? _Where protective gloves. clean area contacted with fluid with water bleach, or alcohol_

4. What do you need to clean up contaminated fluids and debris? Where are these items located in your store? _Gloves, goggles - etc. First Aid stations located throughout the store. Was area with alcohol, or bleach. "Spill-Packs"_

5. Who should be contacted immediately if a accident or spill occurs. _To superv or authorize personnel; may this be reported._

---

I affirm that I have been trained under: **UNIVERSAL - TYPE I** _____

Employee Signature: _Daniel H. Dean_    Print Name: _David H. Dean_

Employee Social Security Number: _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_

Instructor/Trainer: _____    Date: _1/6/01_

**Test must remain in the employee's training file for a minimum of 3 years.**

# LOWE'S HAZARDOUS MATERIALS PROGRAM

## CONFIRMATION OF
## HAZARD COMMUNICATION TRAINING

**EMPLOYEE** _David H. Dean_    **POSITION** _RTM_

**SUPERVISOR** _B. Estes_    **TRAINING DATE** _1/6/01_

**LOCATION NAME** _Danvers_    **NO.** _1094_

The Hazard Communications workshop included information on the following subjects:

**I.**   **GENERAL INFORMATION ON HAZARDOUS MATERIALS**
  A.   Material Safety Data Sheets are available on hazardous chemicals
  B.   Hazardous chemicals/materials list

**II.**   **MATERIAL SAFETY DATA SHEETS (MSDS)**
  A.   Sheets are available on hazardous chemicals
  B.   Location of MSDS
  C.   Information on the data sheets
   1.   Name of product
   2.   Hazardous ingredients and primary entry into body
   3.   Physical data
   4.   Fire and explosion data
   5.   Health hazards
   6.   Reactivity
   7.   Spill or leak procedure
   8.   Special protection information
   9.   Special precautions

**III.**   **LABEL AND OTHER FORMS OF WARNINGS**
  A.   Information on labels such as identity, appropriate hazard warning
  B.   Name and address of manufacturer
  C.   Hazard warnings may be words or symbols
  D.   Labels shall not be removed or defaced on incoming containers

*I have received basic information on the above subjects.*

**EMPLOYEE** _David H. Dean_    **SS#** _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_

*I verify that the employee has been instructed on the above subjects.*

**INSTRUCTOR** _____

## COMPLETED FORM TO BE FILED IN YOUR LOCATION EMPLOYEE FILE
## ALONG WITH YOUR CURRENT COMPLETED QUIZ

Form #90356      L 0049

# MANAGEMENT TRAINING FOR FULL SERVICE AREAS

| NAME | SS # | JOB TITLE |
|---|---|---|
| DAVID H DEAN | 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 | RTM |

**Instructions:**

- Manager will obtain operational competency on each 'Full Service' skill listed below
- The level of competency to be achieved will allow the manager to perform the skill, and be able to teach it to other employees.
- Training will consist of knowledge (obtained from Leadership School Training Guides/Booklets and/or Manufacturer's Manuals) and On-The-Job (OJT).
- Trainer indicates date training was completed; trainer and trainee initial when training has been completed on the skill. The Trainer may be another manager or an experienced hourly employee.

| SKILL | TRAINING MATERIAL(S) | TRAINER'S NAME | DATE TRAINING COMPLETED | TRAINER'S INITIALS |
|---|---|---|---|---|
| Glass Cutting | • OJT | | 01/08/01 | |
| Insulation Blower Rental | • Manufacturer's Instructions<br>• OJT | | 01/08/01 | |
| Panel Saw & Radial Saw Tng. | • OJT | | 2/1/01 | |
| Screen Cutting | • OJT | | 5/10/01 | |
| Cashier Training | • Cashier How-To- Workbook<br>• UT Training Manual<br>• Check Authorization Quick Reference Guide<br>• IBM 4683/4 Training Manual<br>• Multimedia CBT Training (where available)<br>• OJT | | 1/9/01 | |
| SOS Transactions | • SOS Training & Administrative Guide<br>• OJT | 1. KEN VEARNON<br>2. KEN VEARNON | 1-10-01<br>1-10-01 | |
| Installed Sales Transactions* | • OJT ("where applicable) | | | |
| Propane Tank Exchange | • OJT | | | |
| Rug Doctor Products | • Manufacturer's Instructions<br>• OJT | | 1/8/00 | |
| Electrical Cable Cutting | • OJT | | 2/8/01 | |
| Chain Cutting | • OJT | | 2/06/02 | |
| Key Cutting | • Axxes Training Guide (& Audio Tape)<br>• OJT | | 01/08/02 | |
| Re-Keying Locks | • Manufacturer's Instruction Sheet<br>• OJT | | | |
| Rope & Chain Cutting | • OJT | | 2/08/01 | |

732-1300

L 0050

# LOWE'S POWER EQUIPMENT TRAINING TEST        Page 1 of 2

NAME _David H. Dean_        DATE _1/10/01_





## LIFT TRUCK BASICS
(Circle correct answer)

| | | | |
|---|---|---|---|
| 1. | (A) | B | C |
| 2. | A | (B) | C |
| 3. | A | B | (C) |
| 4. | A | (B) | C |
| 5. | A | (B) | |
| 6. | A | (B) | |
| 7. | (A) | B | C |
| 8. | A | (B) | C |
| 9. | (A) | B | C |
| 10. | A | (B) | C |
| 11. | (A) | B | C |
| 12. | (A) | B | |
| 13. | (A) | B | |
| 14. | A | (B) | C |
| 15. | A | (B) | C |
| 16. | A | (B) | |
| 17. | (A) | B | |
| 18. | A | (B) | C |
| 19. | A | (B) | C (D) |
| 20. | A | B | (C) |
| 21. | A | (B) | (C) |
| 22. | A | (B) | |
| 23. | A | (B) | |
| 24. | A | (B) | |
| 25. | A | (B) | (C) |
| 26. | A | (B) | |
| 27. | A | B | |
| 28. | (A) | B | |
| 29. | (A) | B | C |
| 30. | A | (B) | |
| 31. | A | (B) | |
| 32. | (A) | B | |
| 33. | (A) | B | C |

## LIFT TRUCKS AT LOWE'S
(Circle correct answer)

| | | | |
|---|---|---|---|
| 1. | (A) | B | |
| 2. | A | (B) | |
| 3. | A | (B) | |
| 4. | A | (B) | |
| 5. | A | B | (C) |
| 6. | (A) | B | C |
| 7. | A | (B) | |
| 8. | A | (B) | C |
| 9. | A | A | (C) |
| 10. | A | (B) | |

## COUNTER BALANCE
## "FORKLIFT"
(Fill in the blanks)

1. ✗
2. ✗
3. ✗
4. ✗
5. ✗
6. ✗
7. ✗

(Circle the correct answer)

| | | | | |
|---|---|---|---|---|
| 8. | A | (B) | C | |
| 9. | A | (B) | C | |
| 10. | A | B | C | (D) |
| 11. | (A) | B | | |
| 12. | A | B | (C) | |
| 13. | A | A | B | (D) |
| 14. | A | (B) | | |
| 15. | (A) | B | | |
| 16. | A | A | B | (D) |
| 17. | A | A | B | (C) |

PLEASE USE THIS FORM TO RECORD YOUR ANSWERS. DO NOT MARK ON THE SELF-STUDY WORKBOOK.

5/16/01
DC

L 0051

## LOWE'S POWER EQUIPMENT TRAINING TEST        Page 2 of 2

**Please initial** _D.A.D_

### STOCK PICKER
### "CHERRY PICKER"
**(Circle correct answer)**

1.  A  (B)
2.  A  (B)   (C)
3.  A  (B)   C
4.  A  (B)
5.  (A)  B
6.  A  (B)
7.  A  (B)
8.  A  (B)
9.  A  (B)

### ELECTRIC PALLET JACK
**(Circle correct answer)**

1.   (A)  B  C
2.   (A)  B  (C)
3.   (A)  B  C
4.   (A)  B
5.   (A)  B
6.   A  (B)
7.   A  (B)
8.   A  (B)
9.   A  (B)
10.  A  (B)

### REACH LIFT-"STAR WARS"
**(Circle correct answer)**

1.   A  B  C  D  (E)
2.   A  B  (C)
3.   A  B  (C)
4.   A  (B)
5.   A  (B)
6.   A  (B)
7.   A  (B)
8.   A  (B)  C  D
9.   A  (B)
10.  A  (B)  C  D  E

### STORE SAFETY
**(Circle correct answer)**

1.   A  (B)  C
2.   A  (B)  C
3.   A  B  (C)
4.   A  (B)  C
5.   (A)  B  C
6.   A  (B)
7.   (A)  B
8.   A  B  C  (D)
9.   A  B  (C)
10.  (A)  B
11.  (A)  B  (C)
12.  (A)  B
13.  A  (B)
14.  A  (B)  C
15.  (A)  B



PLEASE USE THIS FORM TO RECORD YOUR ANSWERS.  DO NOT MARK ON THE SELF-STUDY WORKBOOK.

**S561CB**

L 0052

JAN 08 2001 12:26                              315 253 8915      PAGE.03

# WHAT IS ZONE 4?

Simply put, Zone 4 is a large chunk of the store. From the Back End to the Front End, Zone 4 is responsible for every piece of freight a store receives and sells.

More specifically, Zone 4 is:

| Area | Positions | Supervisors |
|---|---|---|
| Front End | • Cashiers<br>• Customer Service/Return Desk<br>• Administrative Office<br>• Loaders | • Assistant Store Manager Zone 4<br>• Zone Manager<br>• Administrative/Customer Service |
| Back End | • Receiving Department<br>• Stocking Crew<br>• Delivery Department | • Assistant Store Manager Zone 4<br>• Zone Manager<br>• Receiving/Stocking/Delivery<br>• Receiving/Stocking Specialist<br>• Delivery Specialist |

## WHAT DOES A ZONE 4 ASSISTANT MANAGER DO?

As the Assistant Manager for Zone 4, you have the opportunity to be THE driving force in your store. From Front to Back, you're in charge.

It all begins in the receiving/stocking area. It's your responsibility to ensure that all merchandise coming into the store is accurately received and quickly stocked. Our goal of Superior Customer Satisfaction demands that your zone meets that responsibility.

A customer's experience both begins and ends on the front end. From the parking lot to the check-out lane, your zone will impact a customer's first and last impression of the store. Again, our goal of Superior Customer Satisfaction demands that your zone meets that challenge.

And we can't forget the paperwork -- Receiving Reports, Daily Businesses, Expense Transmittals, Store Inventory Reports . . . the list goes on. From Back End to Front End, your store's profitability will be determined by how well Zone 4 performs its administrative duties.

## HOW DOES A ZONE 4 MANAGER DO IT?

It's tough -- you *do* have a challenge ahead of you. But with that challenge comes reward -- if Zone 4 runs well, the whole store profits. Following is a guide to help you navigate the responsibilities that come with Zone 4.

# Back End Table of Contents

**What Do I Do and When Do I Do It?**

| | |
|---|---|
| Zone 4 Manager Back-End Checklist | page 1 |
| Delivery Vehicle and Driver Checklist | page 2 |
| Good Faith Reference Sheet | page 3 |
| How to Schedule Inbound Freight | page 4 |
| | page 5 |

**There's A Lot Going On Back Here!**

| | |
|---|---|
| Administrative Reports/Process Reference Guide | pages 7-11 |
| Life of a Delivery – Salesperson Duties | page 12 |
| Life of a Delivery – Delivery Department Duties | page 13 |
| Out for Repair – Customer Merchandise | page 14 |
| Out for Repair – Store Stock Merchandise | pages 15-16 |
| Planogram/Rollback Implementation Schedule | page 17 |
| How to Work the Store Inventory Report (par billing) | page 18 |
| Return To Manufacturer (RTM) Reference Guide | pages 19-20 |
| RTM Rules to Save Time and Money | page 21 |

**How To Receive**

| | |
|---|---|
| Crossdocks | page 22 |
| ICBs | page 23 |
| RDC – Good Faith | page 24 |
| Replacement Parts (RPs) | page 25 |
| Security Cage Items | page 26 |
| Special Orders (SOS) | pages 27-28 |
| SDC & Reload Centers | pages 29-30 |
| UPS | page 31 |
| Vendor Direct | page 32 |
| Purchase Order Not on File | page 33 |
| Steps to Signing Receiving Paperwork | page 34 |
| | pages 35-40 |

Back-End Table of Contents Continued on Next Page

# Back End Table of Contents, Continued

**Receiving: How to Handle Damaged Merchandise**

| | |
|---|---|
| | page 41 |
| Non-Lowe's Shippers (Crossdock, UPS, Vendor) | pages 42-43 |
| RDC – Good Faith and Non-Good Faith | page 44 |
| Special Orders (SOS) and Replacement Parts (RPs) | page 45 |
| SDC and Reload Centers | pages 46-47 |
| Concealed Damage – Non-Lowe's Shippers | page 48 |

**Receiving: How to Handle Shortages**

| | |
|---|---|
| Non-Lowe's Shippers (Crossdocks, UPS, Vendor) | page 49 |
| RDC – Good Faith | page 50 |
| SDC and Reload Centers | page 51 |
| | pages 52-53 |

# WHAT DO I DO & WHEN DO I DO IT?

**Found in this Section:**

Zone 4 Manager Back-End Checklist ............ page 2
Delivery Vehicle & Driver Checklist ............ page 3
Good Faith Reference Sheet ............ page 4
Scheduling Inbound Freight ............ page 5

# BACK END CHECKLIST

summary of Zone 4 Assistant Manager responsibilities

## DAILY

- ___ Verify completion of Suspended Price Changes (*P&P BS-02*)
- ___ Review all Receiving Reports with discrepancies and damages (*P&P AD-31*)
- ___ Check Delivery Log for completeness and scheduling efficiency (*P&P SA-01*)
- ___ Evaluate topstock organization and safety and form a plan for correcting problem areas (*P&P SF-05*)
- ___ Review MR Log for completeness and verify that all MRs are accounted for (*P&P AD-37*)
- ___ Ensure that delivery drivers will not exceed 11 hrs per day and 55 hrs per week
- ___ Review previous day's delivery and warehouse loading tickets (for two-gun store) for customer signature and employee initials (*P&P AD-44*)
- ___ View Daily Inventory Reconciliation Reports (*P&P AD-31*)
- ___ Ensure that all receiving is processed daily (*P&P AD-31*)

## WEEKLY

- ___ Review Daily Vehicle Inspection reports for completeness (*P&P AD-52*)
- ___ Review a random selection of 20 Receiving Reports (*P&P AD-31*)
- ___ Review Section 5 (Late Receiving Reports) from the Daily Inventory Reconciliation Reports. Research RRs more than 30 days late (*P&P AD-31*)
- ___ Review the Planogram/Rollback Implementation Schedule for upcoming resets
- ___ Review the Weekly Cleared RTM report to verify that problems have been researched and corrected – research RTMs on report not marked with an "X" (*P&P AD-53*)
- ___ Ensure Price Integrity Auditor performs daily price/UPC audits (*P&P BS-07*)
- ___ Review Out-for-Repair log and files for completeness and verify that the OFR accounts balance with outstanding loading tickets (*P&P AD-50*)
- ___ Review Store Inventory Report (Per Billing) and verify that adjustments are explained – initial each "A" to indicate it was reviewed (*P&P AD-31*)
- ___ Ensure that store is not using SDC stack racks for storage – these must be returned to the SDCs during monthly pick-ups
- ___ Ensure that store is following Quikrete pallet program (*P&P SF-21*)
- ___ Inspect Battery Return area and Hazardous Material Cage for safety compliance (*P&P AD-46 and P&P SF-18*)
- ___ Inspect RTM area for product more than 30 days old

## MONTHLY

- ___ Review truck and forklift maintenance files (*P&P SF-11*)
- ___ Check a delivery driver for CDL and DOT medical and road test cards (*P&P AD-51*)
- ___ Inspect SOS bins for refunded orders and unclaimed RPs (*P&P SA-24*)
- ___ Review Equipment Utilization Report (*P&P SF-11*)
- ___ Review RTMs Aged 60 Days or Older report to verify that problems are researched and corrected and that appropriate POD documents are mailed to Corporate Trades Payable (*P&P AD-53*)
- ___ Compare store RP Log to Dash-7 to verify RP charges (*P&P AD-47*)

L 0055

# DELIVERY VEHICLE & DRIVER REQUIREMENTS CHECKLIST

for further information, refer to DOT Compliance Manual (#90061), P&P AD-52, and P&P SF-11

- Ensure that a Daily Vehicle Inspection Report is completed every day by the last driver using each vehicle

- Ensure that Daily Vehicle Inspection Reports for last 90 days are kept in each vehicle's Truck Maintenance File

- Ensure that each vehicle has an up-to-date red Preventative Maintenance Card in its Truck Maintenance File

- Ensure that photocopies of maintenance and repair invoices are kept on file to support any maintenance or repair work indicated on the Preventative Maintenance Card.

- Ensure that each driver carries an appropriate license, DOT medical card, and road test cards at all times

- Ensure that each driver works no more than 11 hrs per day and 55 hrs per week (including time spent driving for another employer)

- Ensure that store and GO Driver Qualification Files are maintained to company and DOT requirements

- Ensure that store complies with DOT hauling requirements for gasoline.

- Ensure that the Equipment Utilization Report is completed each month

3

# GOOD FAITH REFERENCE GUIDE

for further information, refer to P&P AD-31

| | Problem | Store action | DOS action |
|---|---|---|---|
| Truck Seals | • Truck seals do not match bill of lading<br>• Seals broken by driver<br>• No seals | 1. Call RDC traffic department<br>2. Have driver sign to acknowledge seals not present or intact<br>3. Break seals (if present) and detail receive truck with LRT gun<br>4. Notify DOS of discrepancy | 1. Notify RDC Loss Prevention<br>2. Give date, requisition number, seal number on truck, seal number on bill of lading, and carrier name |
| Cross Dock | Crossdock is listed on bill of lading but not on the truck | 1. Document Bill of Lading as short and have driver initial<br>2. Notify DOS<br>3. Notify RDC Quality Assurance Coach | 1. Contact RDC Quality Assurance Coach<br>2. Give date and regulation number |
| | Receives crossdock belonging to another store | 1. Notify RDC Quality Assurance Coach<br>2. Notify DOS and hold merchandise in receiving area until DOS determines course of action | 1. Contact RDC Quality Assurance Coach<br>2. Either arrange for store to receive merchandise or arrange for merchandise to be sent to another store<br>3. Ship by ICB or through RDC assistance |
| Load Condition | Load appears to be poorly packed or has excessive damage | 1. Complete damage claim on all items with a cost of more than $25<br>2. Take picture of load to attach to damage claim<br>3. Notify DOS only if condition occurs frequently | 1. Notify RDC Quality Assurance Coach<br>2. Give date, requisition number, and store number<br>3. If load conditions don't improve, contact RDC LP |
| Discrepancies | Wrong store # on box | 1. Notify the RDC Quality Assurance Coach<br>2. Refer to the freight bill to determine whether the item(s) were supposed to be part of your shipment<br>3. If merchandise was not intended for your store, the RDC QA Coach will determine whether: a) your store should add it to inventory through a store use cycle count (code #145 – reference the requisition # and date on the document), or b) the RDC should add it to your store's inventory and remove it from the inventory of the store it was intended for.<br>4. Provide weekly feedback to DOS | Monitor for ongoing problems |
| | Discrepancy on security items | 1. Notify RDC QA Coach if tape or banding on overpack boxes is not secure<br>2. Notify RDC QA Coach if store's physical count does not match totals on Security Manifest Page<br>3. Notify RDC QA Coach if you find security items that are not designated with the CAGE department code or if you find the CAGE code on items that are not security concerns (plumbing fittings, cleaning products, etc.)<br>4. If either #1 or #2 applies, contact DOS | 1. Notify RDC Loss Prevention<br>2. Give date, requisition number, and store number |
| | Discrepancy found through daily cycle counts. Traces back to previous requisition. | 1. Correct inventory through the process outlined in P&P AD-31.<br>2. Provide weekly feedback to DOS | Monitor for consistent problems |
| Bill of Lading | No paperwork on a dropped trailer | 1. Check in handle of roll up door on back of truck<br>2. Check in box on front side of trailer<br>3. Call RDC traffic department, verify seals, and receive truck<br>4. Contact carrier for bill of lading<br>5. Contact DOS if problem is inconsistent | Monitor for ongoing problems |

4

L 0056



# HOW TO SCHEDULE INBOUND FREIGHT

for further information, refer to *P&P AD-31*

| | |
|---|---|
| **Receiving Windows** | • We have 3 windows for you to use as guidelines for scheduling incoming freight.<br>• Rather than schedule a specific time, you should schedule the delivery for one of these three windows:<br>window 1: 7am - 10am<br>window 2: 10am - 1pm<br>window 3: 1pm - 4pm |
| **Standing Delivery Appointments** | The following carriers should have standing delivery times established and will not need to call to schedule an appointment:<br>1. Lowe's distribution trucks (RDC, SDC, Lumber Reload Centers)<br>2. Lowe's preferred LTL carriers.<br>3. Vendor direct carriers that make regular runs between stores. Example: Croft delivers to your store between 7am and 10am every Tuesday and also delivers to other area Lowe's stores the same day. |
| **Scheduling Vendors and Carriers** | All vendors and carriers without standing delivery appointments must call to schedule an appointment.<br>1. **24 hr advance notice:** Vendors and carriers should call 24 hours in advance to schedule the delivery.<br>2. **24 hr guarantee:** Lowe's guarantees that it will schedule appointments *within 24 hours of the vendor's or carrier's requested time.*<br>3. **Priority to vendors servicing multiple Lowe's stores:** We give priority to vendors making multiple stops at other Lowe's stores because the less time they spend delivering to us the less our freight charge will be. |

Please direct any questions to the Lowe's Traffic Department at ext. # 4564.

5

# THERE'S A LOT GOING ON BACK HERE!

**Found in this Section**

Administrative Reference Guide ........................... pages 7-11
Life of a Delivery – Salesperson Duties ................. page 12
Life of a Delivery – Delivery Department Duties ....... page 13
Out for Repair – Customer Merchandise ................. page 14
Out for Repair – Store Stock Merchandise .............. pages 15-16
Planogram/Rollback Implementation Schedule .......... page 17
How to Work the Store Inventory Report (Par Billing) .. page 18
Return To Manufacture (RTM) Reference Guide ......... pages 19-20
RTM Rules to Save Time and Money ...................... page 21

## Administrative Reports/Process Reference Guide

| WHAT IT IS | WHERE IT COMES FROM | WHAT IT'S FOR | WHAT YOU DO WITH IT | WHO DOES IT | WHERE YOU FILE IT |
|---|---|---|---|---|---|
| **Bill of Lading** for further information, refer to P&P AD-31 | presented by delivery driver upon arrival at store | • this is the legal document stores sign to take possession of merchandise • lists each purchase order on the shipment, including the number of units (pallets, pieces, etc.) in each purchase order • lists all shipping information, including shipper's and receiver's addresses, ship date, and carrier name | • store's receiver should record any discrepancies on this document and request that the driver sign as acknowledgment • discrepancies must also be noted on drive's copy of bill of lading | receiving department | file for one year (attached to receiving report) in receiving office |
| **Crossdock Shipment** for further information, refer to P&P AD-31 | the vendor shipment that is delivered on RDC or SDC trucks | • the vendor prepares individual store orders and ships them in bulk to the distribution centers • the distribution centers then includes these crossdock shipments in their regular store deliveries | • receivers should always check the Bill of Lading for crossdock shipments • each crossdock shipment will have its own packing list • crossdocks should always be LRT received — even if they arrive on a Good Faith truck • receiving clerk should attach a photocopy of bill of lading to the Receiving Report | receiving department | attach packing slip to receiving report and file for one year in receiving office |
| **Daily Vehicle Inspection Report** for further information, refer to P&P AD-52 | report (#90002) completed daily at store level | provides a record of each vehicle's daily formal inspection | at the end of each day, the driver last using the vehicle will perform a formal inspection of the vehicle and record his findings on the report | delivery driver | file for three months in delivery or receiving office |
| **Delivery Log** for further information, refer to P&P SA-01 | log maintained at store level | provides a record of each day's deliveries | log each delivery as it leaves the store, including the customer's name, invoice number, departure time, and driver(s) — when driver(s) return, log the completion time | delivery specialist | file for three years in delivery/receiving office |

7

## Administrative Reports/Process Reference Guide, Continued

| WHAT IT IS | WHERE IT COMES FROM | WHAT IT'S FOR | WHAT YOU DO WITH IT | WHO DOES IT | WHERE YOU FILE IT |
|---|---|---|---|---|---|
| **Equipment Utilization Report** for further information, refer to P&P SF-11 | report completed monthly at store level | provides a record of truck and lift use over the past month | • each month complete the report for each vehicle and lift, including beginning and ending odometer readings, mileage, fuel used, and dollar value obtained • mail a copy of the report to the G.O. Fleet Department (mail code FS) | delivery specialist or zone manager-receiving | file for six months in delivery or receiving office |
| **Hand Tally** for further information, refer to P&P AD-31 | form (#90101) completed at store level | used when receiving ICBs, special orders, and stock orders with no PO on file | • after verifying the order's "ship to" address, the receiver will list the PO number and item counts on the tally sheet *without referring to the packing slip* — the receiving clerk will process the PO based on this count • counts should be tallied by unit, not totals — for example, a quantity of four received should be tallied "1,1,1,1" not "4" • for orders with inactive POs, the receiving clerk will contact the buyer to activate the PO number so the order can be received in the store system | receiving department | attach to Receiving Report and file for one year in receiving office |
| **Inventory Reconciliation Reports** for further information, refer to P&P AD-31 | transmitted daily — will appear on reports on hold screen (9.5) | • provide a detailed record of previous day's inventory activity • transmits in seven sections, including receiving reports processed, late receiving reports, ICBs, store use, and adjustments | • review reports daily • each Monday print Section 3 (Late Receiving Reports) and investigate any purchase order that is more than 30 days late — record your findings and corrective actions on the report | zone manager-receiving or zone 4 assistant manager | file section 3 for four weeks in receiving office |

8

L 0058

## Administrative Reports/Process Reference Guide, Continued

| WHAT IT IS | WHERE IT COMES FROM | WHAT IT'S FOR | WHAT YOU DO WITH IT | WHO DOES IT | WHERE YOU FILE IT |
|---|---|---|---|---|---|
| **Merchandise Return (MR) Form/Log** for further information, refer to P&P AD-37 | • forms (#90145) completed at store level • log (#90059) maintained at store level | MR forms are completed when an employee receives returned merchandise at a location where the refund cannot be processed (delivery pick up, yard, warehouse, etc.) | • employee will complete an MR form as proof that the merchandise was returned and can be refunded • the refund must be processed within 24 hrs of the completion of the MR form • unused MR forms must be kept in a secured area (locking drawer, safe, etc.) | delivery specialist, zone manager-receiving, or zone 4 assistant manager | file forms for one year in receiving office  file log for two years in receiving office |
| **Packing List** for further information, refer to P&P AD-31 | PO listing included by the shipper with incoming stock and SOS orders | provides the shipment's details, including: • the model number and quantity shipped • the shipper's and receiver's addresses • the carrier's name • the date shipped | • reference the packing list to determine the PO number before beginning to receive the shipment • sign the packing list, noting the store number and date • attach the packing list to the Receiving Report | receiving department | attach to Receiving Report and file for one year in receiving office |
| **Planogram/ Rollback Implementation Schedule** | mailed to store every two weeks | provides a schedule of upcoming resets and includes two sets of each new planogram | • place one copy of the planogram in the store Planogram Notebook (available through Procurement Supply Distribution, item # 90817). • Hold the second copy until product arrives • Place the implementation schedule in a separate binder • develop an action plan for the reset, including scheduling employees to work on the reset and verifying that merchandise and necessary store fixtures are on order. | Store Manager | file planogram in store planogram book  file implementation schedule for one year in separate binder |

9

## Administrative Reports/Process Reference Guide, Continued

| WHAT IT IS | WHERE IT COMES FROM | WHAT IT'S FOR | WHAT YOU DO WITH IT | WHO DOES IT | WHERE YOU FILE IT |
|---|---|---|---|---|---|
| **Receiving Reports** for further information, refer to P&P AD-31 | generated when a purchase order is processed at the store level – will appear on reports on hold screen (9.5) | records all merchandise received on a purchase order, including damages and discrepancies | • each day management will review all receiving reports processed with shortages or damages to ensure they have been properly documented • each week management will pull at random and review at least 20 receiving reports by checking processed quantities against the packing list | store manager, co-manager, zone 4 assistant manager, or zone manager-receiving | file for one year in receiving office |
| **Replacement Part (RP) Numbers, RP Log, and RP Worksheet** for further information, refer to P&P AD-47 | • RP numbers are generated at store level • RP log is maintained at store level • RP worksheet is completed at store level | RP numbers are generated to serve as purchase orders when ordering replacement parts for store stock or SOS merchandise that will cost less than $100 – only the store manager can approve RPs for more than $100 • RP log used to record numbers that have been issued • RP worksheet is used by employee ordering RP to document all the order's details, including cost, supplier, and customer name | • after getting determining the next available RP number, the salesperson will complete an RP worksheet • upon arrival of the RP order, the receiving department will use the completed RP worksheet to tally the items received • each month the estimated cost on RP worksheets should be compared to actual cost on the Desh-7 report • an RP number should not be used to order SOS or store stock merchandise or to settle customer complaints – it should be used only for replacement parts | • receiving clerk will maintain the RP log • store manager must approve RPs for more than $100 • salesperson will complete RP worksheet • Zone 4 Assistant Manager will ensure RP worksheet costs are verified to Desh-7 totals | file log and worksheets for two years in receiving office |

L 0059

## Administrative Reports/Process Reference Guide, Continued

| WHAT IT IS | WHERE IT COMES FROM | WHAT IT'S FOR | WHAT YOU DO WITH IT | WHO DOES IT | WHERE YOU FILE IT |
|---|---|---|---|---|---|
| **Return To Manufacturer (RTM) Reports** RTMs Aged 60 Days or Older Report Weekly RTM Cleared Report for further information, refer to P&P AD-33 | • 60 day report will be mailed to store monthly • weekly report will be mailed to store each week | • 60 day report: provides a list of RTMs 60+ days old that have not cleared • weekly report: provides a list of RTMs cleared the previous week and indicates whether the store received credit | • 60 day report: obtain and mail proof of delivery to Corporate Trades Payable (mail code APO) — this will result in a store credit for the RTM • weekly report: research those RTMs for which the store did not receive credit (incorrect vendor number, keypunch error, etc.) and report any corrections to Corporate Trades Payable — the report will mark with an "X" each RTM for which the store did receive credit, so your store should research those without an "X" | receiving office, RTM clerk | file for one year in receiving or RTM office |
| **Store Inventory Report** DTCR340A for further information, refer to P&P AD-31 | mailed weekly to store | lists all store inventory transactions for the week of the report, including all receiving, ICB ships and draws, and store use billouts | check all ICBs and receiving reports with adjustments (indicated by an "AL" "AL" "AS," or "AD") against the Store Inventory Report — stores are no longer required to check every receiving report against the SIR | receiving clerk or zone manager-receiving | file for one year in receiving office |
| **Vehicle Maintenance Records** for further information, refer to P&P SF-11 | records completed at store level | • provide a record of service performed on store vehicles • separate cards for each vehicle type (diesel trucks, gasoline trucks, LP & gasoline forklifts, electric forklifts) | log each maintenance or repair event for the vehicle | delivery specialist, zone manager-receiving, or zone 4 assistant manager | file for the life of the vehicle +6 months after sale in the delivery or receiving office |

11



LIFE OF A DELIVERY — salesperson duties
for further information, refer to P&P SA-01

12

L 0060

Driver will sign pink ticket and note the time and date of delivery

If customer is not present, driver will check the "not available" box

Driver will ask customer to sign pink ticket indicating receipt of the merchandise

Driver will complete the delivery, following any special instructions outlined in the delivery directions

Delivery Management will check the load and initial the pink ticket beside the quantity before it leaves the store

Employee loading the truck will initial the pink ticket on the left hand side in the "initial" column

Delivery Management will ensure that the order is pulled, staged, and tagged the day before the delivery

As each day's delivery slots are filled, Delivery Management will update the Genesis log-on screen to reflect the next available delivery date

Write the customer's name and invoice number in the corresponding slot on the delivery board

Determine what day and time (morning/afternoon) is specified on the pink ticket

Pull pink ticket from printer and review it for completeness (name, address, phone, etc.)

for further information, refer to P&P AD 49

13

# OUT FOR REPAIR -- CUSTOMER MERCHANDISE
### FOR FURTHER INFORMATION REFER TO P&P AD 54

**HOW TO SEND IT OUT**

**1** When customer returns merchandise to be repaired, the return desk employee will complete an out for repair tag (#90077). The tag should include the customer's name, address, phone number, model number, serial number, date sent to shop, nature of problem, name of repair shop, and any special instructions (estimate before repair, etc.).

**2** The return desk employee will give the customer a photocopy of the tag.

**3** The zone manager-receiving will make arrangements to take the merchandise to a repair shop. Before the merchandise leaves the store the receiving clerk should remove the soft copy of the repair tag and file it in the "out for repair -- incomplete" folder. The hard copy should still be attached to the merchandise. The receiving clerk should record the item in the out for repair log.

**How to Return it to the Customer**

**1** When the repaired merchandise is returned to the store the return desk employee will contact the customer.

**2** When the customer picks up the merchandise, the return desk employee will have him sign the hard copy of the repair tag as verification he received the merchandise.

**3** The receiving clerk will complete the log book and file both copies of the repair tag in the "out for repair -- complete" folder.

L 0061

## OUT FOR REPAIR – STORE STOCK MERCHANDISE
### FOR FURTHER INFORMATION REFER TO P&P AD 54

**HOW TO BILL IT OUT**



15

---

## OUT FOR REPAIR – STORE STOCK MERCHANDISE
### FOR FURTHER INFORMATION REFER TO P&P AD 54-1.0

**HOW TO RETURN IT TO YOUR INVENTORY**



16

L 0062

# Planogram/Rollback Implementation Schedule Reference Guide

for more information, refer to P&P SF-23

| steps | notes |
|---|---|
| Distribute copies of the new planograms and the Planogram Rollback/Implementation Schedule | • Place a master copy of the new planogram in the store Planogram Book (item #90817), which is kept in the store manager's office<br>• Give the second "working" copy of the new planogram to the Assistant Manager of the area to be reset<br>• Place the Planogram/Rollback Implementation Schedule in the Implementation Schedule notebook, also kept in the store manager's office<br>• If the new planogram has a different name from the old planogram, use a pencil to write the new planogram name on the store layout blueprint |
| Develop an action plan for the planogram set | The Assistant Manager for the area to be reset should:<br>• Verify that all necessary additional store fixtures (racks, beams, etc.) are ordered<br>• Confirm with the vendor the product shipping date<br>• Schedule employees to do the planogram set<br>• Prepare the reset area for the arrival of fixtures and merchandise<br>• Set a window in which to begin and complete the reset |
| Begin the reset | • When the merchandise arrives, begin the planogram set<br>• The store manager can change planogram facings and add market specific/store requested items when necessary.<br>• Track the planogram set's progress on the Planogram/Rollback Implementation Schedule |
| After completing the reset | • The employee completing the reset should fill out the Planogram Completion forms attached to each planogram and attach it to the working copy of the planogram<br>• Roll up the working copy of the planogram with the Planogram Completion form and place it in the left-hand upright of the first bay of the set<br>• Ensure the completed Planogram/Rollback Implementation Schedule is housed in the Implementation Schedule notebook in the store manager's office |

17

# Store Inventory Report (Par Billing)

for further information, refer to P&P AP-31

| What it is | • The Store Inventory Report is generated and mailed to stores each week.<br>• It lists all inventory transactions for the week of the report. This includes all receiving, ICB ships and draws, and store use billouts.<br>• It also indicates any adjustments made by Corporate Trades Payable to previously processed receiving reports. |
|---|---|
| How to Read it | The following adjustment codes will appear on the report:<br>S = shortage/overage<br>A = adjustment<br>D = damage<br>I = indicates a receiving report, RDC/SDC bill, or ICB that was delivered to the store before the store's physical inventory, but not processed until after the inventory. This adjustment will apply inventory to a previous inventory period and doesn't affect current stock levels. This adjustment is listed for informational purposes only. No additional adjustments are needed at the more, but it does affect inventory shrink and should be researched.<br>AI = indicates an inventory adjustment made after the store's physical inventory on a receiving report that was processed before the store's inventory. This adjustment will apply inventory to a previous inventory period and doesn't affect current stock levels. This adjustment is listed for informational purposes only. No additional adjustments are needed at the store, but it does affect inventory shrink and should be researched. |
| What Causes Adjustments | Corporate Trades Payable will adjust a receiving report if it determines that a receiving error was made at the store level or if the store lacks documentation to support a discrepancy claim. |
| How Stores are Notified of Adjustments | • Corporate Trades Payable notifies stores of adjustments through the Receiving Report Adjustment Report, which it mails to the store for every inventory adjustment.<br>• You should file these with the Store Inventory Report. |
| How to Check the Store Inventory Report | • The zone manager-receiving or the receiving clerk each week will check all ICBs and receiving reports with adjustments (A, AI, AS, or AD) against the Store Inventory Report.<br>• Stores are no longer required to check every receiving report against the Store Inventory Report.<br>step 1: Pull all receiving reports listed with an adjustment ("A") on the Store Inventory Report.<br>step 2: Review each adjusted receiving report to determine the reason the adjustment was made. Consult the Receiving Report Adjustment Report for additional information.<br>step 3: When you have determined the reason document it on the Store Inventory Report. This documentation must be initialed by the zone 4 assistant manager or the zone manager-receiving as indication that the adjustment was reviewed and challenged.<br>step 4: If you determine that the adjustment was made in error, call Corporate Trades Payable (ext. #2090)<br>step 5: Stores must physically count all adjustments marked with an A and if discrepancies are found, the inventory must be corrected with a store use cycle count (code #145).<br>step 6: The receiving clerk will file the completed report for future reference. |

18

L 0063

# Return to Manufacturer (RTM) Reference Guide

for further information, refer to P&P AD-53

| What is an RTM? | • **Return To Manufacturer:** An RTM is a Genesis function that allows the store to remove merchandise from store inventory and charge it back to the vendor.<br>• From Genesis, you can process an<br>**RTM Add:** Removes merchandise from inventory and charges it back to the vendor.<br>**RTM Edit:** Adds, deletes, or modifies entries from an existing RTM.<br>**RTM Clear:** Voids a previously processed RTM.<br>• When an RTM is processed, the store can either completely clear it or partially clear it.<br>• When an RTM is processed, the store and Host systems immediately update stock quantities.<br>• When an RTM is processed, it notifies Corporate Trades Payable to charge the vendor.<br>• For more information, see *How to Process a Collectable RTM* in your Faulty Procedure Book. If you do not have a copy, contact your store's RTM processor:<br>**stores #1-#150:** ext. 4627  **stores #151-#300:** ext. 4824  **stores #301-#410:** ext. 4398  **stores #411-up:** ext. 2229 |
|---|---|
| When should you process an RTM? | • **Defective merchandise:** Merchandise that is defective can be removed from store stock and charged back to the vendor through the RTM function.<br>• **Buyback program:** Vendors sometimes agree to "buy back" excess inventory. The vendor will ask the store to either ship back or destroy the merchandise that is bought back. Instructions for vendor buybacks are communicated through the RTM Only section of the weekly Merchandising News.<br>• **Customer Complaint:** When stores handle customer complaints on vendor products either by replacing merchandise or through cash paid out, vendors will sometimes agree to reimburse stores for the expense. When a vendor agrees to help with the complaint, the expense should be billed to them through the RTM function. |
| How do you know your store receives credit from the vendor? | Your store should work the following 3 RTM reports to ensure you receive credit for RTMs processed:<br>• **Weekly RTM Cleared Report:** Provides a list of RTMs cleared the previous week and indicates whether the store received credit from the vendor for the RTM. The report will mark with an "X" each RTM for which the store *did* receive credit. You should review the RTMs without an "X" to determine and correct the error (incorrect vendor number used, keypunch error on item number, wrong RA number, etc.).<br>• **60 Day Report (monthly):** Provides a list of RTMs 60 or more days older that have not cleared. You should obtain and mail proof of delivery to Corporate Trade Payable (mail code APO). This will result in a store credit for the RTM.<br>• **RTMs Written Off — No Authorization (monthly):** Provides a list of RTMs that have been charged back to the store because they did not include the RA# required by the vendor. If you did obtain an RA# or can get one, use the Clear function to reverse the first RTM and then process a second RTM using the RA#. |
| Who pays the freight? | The vendor pays the freight charge on RTMs shipped back to the vendor. For more info., see *RTM Type 4: Freight* on page 61. |

# Return to Manufacturer (RTM) Reference Guide, Continued

for further information, refer to P&P AD-53

| Type 1: Defective Stock. | • Use the UPC code to obtain Vendor Information (6.3, F11). The UPC will help tie the item to a specific manufacturer.<br>• If the UPC is not available, use the item # or vendor name to lookup Vendor Information.<br>• Once you have determined the vendor, view the Return Policy Inquiry Screen (P9) to obtain the following vendor return information:<br>**Return Policy Vendor #:** If you do not use the correct vendor #, you may delay the clearing of the RTM.<br>**Faulty Merchandise Procedure #:** Review the faulty merchandise procedure book to ensure your RTM complies with the return procedure agreed to by Lowe's and the vendor.<br>**Return Method:** If the vendor requires you to return the defective merchandise, determine if you should ship it to the vendor or if the vendor will pick up the merchandise from the store. If the method is vendor pickup, be sure you get the vendor's signature on the RTM. If the method is ship, determine whether it should be collect or prepaid ship. If collect, follow the vendor's instructions; if prepaid, ship UPS and process a freight RTM to vendor using #00002.<br>**Return Authorization Requirements:** If the vendor requires an RA#, you should enter the RA# in the RTMs vendor authorization field. Some vendors require an RA# and will not accept a person's name.<br>• If no return information is available on the Return Policy Inquiry screen, contact the Inventory Hotline at ext. #2700 for instructions. Do not process the RTM or destroy merchandise until you have determined the vendor's return policy. |
|---|---|
| Type 1: Buybacks | • Follow the instructions communicated in the RTM Only section of the weekly Merchandising News.<br>• Each buyback will be assigned a unique 4-digit vendor #. You should use this number rather than the normal vendor#.<br>• Do not use the buyback # for any other RTMs -- it will only be valid for the buyback.<br>• If a service group is pulling the buyback merchandise, they should provide you with the unique vendor # before leaving the store.<br>• Do not allow service groups or vendors to remove merchandise from the store until an RTM is processed.<br>• Buybacks have deadlines. Be sure you execute your RTM to meet that deadline.<br>• When you have completed the buyback RTM, both the Host and store system should show 0 on hand. Research and correct remaining on-hand quantities. |
| Type 2: SOS | • Use the vendor name to look up the Return Policy Vendor # in vendor inquiry (6.3, F11). Don't use a buyback #.<br>• Process the RTM using the SOS Invoice cost from the SOS Report. Do not use the selling price.<br>• Use the SOS item number used for the sale. To RTM the original SOS freight charge, use item #89412 or #89413. |
| Type 3: Service/RP | • Use the vendor name to look up the Return Policy Vendor # in vendor inquiry (6.3, F11).<br>• To process an RTM for cash paid to settle a customer complaint, use item #99401. Reference the customer's name in the "comments" field.<br>• To process an RTM for an RP, use item #59997 and reference the RP# in the comment section. |
| Type 4: Freight | The Faulty Merchandise Procedure for the item will specify how the charge should be accepted.<br>• **Prepaid:** You should arrange for the merchandise to be returned to the vendor by UPS and process an RTM to the vendor for the freight charge, using #00002.<br>• **Collect:** Follow the vendor's collect freight instructions. If instructions are not included in the vendor's return information, contact the vendor for details. |

L 0064

# Rules to Save Time and Money

Over 95% of RTMs can be cleared without POD or any information from store, if you follow these rules:

1. Use correct vendor #
   - Defectives - Return Policy Vendor #
   - Buybacks - Unique Vendor # (4-digit Vendor #).
   - SOS - Return Policy Vendor # (never use buyback vendor #).
   - Make sure a valid Vendor # is entered (do not leave blank).
2. Enter Authorization in Authorization Field when processing RTM if required by vendor. If not provided, RTM will automatically be written off to RTM gain/loss account - 756000 - monthly. If you have an RA but failed to enter on RTM, call GO and request RA be added to RTM. You will receive a report monthly listing any RTM written off due to no RA. Correct as instructed on the report if possible to recover the loss.
3. Always type the UPS Tracking Number in the comment field. The GO can obtain the PODs with information in the comment field. If you do not put this information in the comment field and the General Office requests a POD, respond promptly. (UPS can provide POD up to 12 months but will only pay for merchandise it cannot prove was delivered up to 9 months).
4. Avoid abuse to defective allowance and destroy in field procedures. Do not attempt to charge vendors for store damage. We are in partnership with our vendors - - abuse of these preferred policies impairs goodwill with our trading partners which ultimately hinders efforts to collect excess defective funds from our vendors. Example: Broken light bulbs are not defective and should not be billed out on an RTM.
5. Work aged RTMs from Store Aged Report mailed once a month by General Office. First verify Vendor # is correct and item was purchased from vendor. *Do not contact vendors.* Send POD to General Office. Do not clear RTMs in aged status unless the RTM is incorrect.
6. When using the unclassified item 89991 remember quantity equals credit due and always enter a description of the product in comment area of RTM. (Example: Qty 100 = $100.00).
7. Separate items to correct vendor #'s when more than one product line is on file for vendor.

Example: Stanley

| Vendor # | Description |
|---|---|
| 18357 | Hardware |
| 18359 | Tools |
| 21309 | Monarch Mirror |
| 14076 | Garage Door Openers |
| 62238 | Parker Glue Guns |

8. Always *Proofread* each screen before processing RTM. Make sure all information is entered correctly. *Proofread completed RTM.* Catching any errors up front saves Time, Money, and Confusion.

21

---

# HOW DO I RECEIVE THIS TRUCK?

How to receive trucks delivering to Lowe's stores

for further information refer to P&P AD-31

**Found in this Section**

Crossdocks — page 23
ICBs — page 24
RDC – Good Faith — page 25
Replacement Parts (RPs) — page 26
Security Cage Items — pages 27-28
Special Orders (SOS) — pages 29-30
SDC & Reload Centers — page 31
UPS — page 32
Vendor Direct — page 33
Purchase Order Not on File — page 34
Steps to Signing Receiving Paperwork — pages 35-40

L 0065

## HOW TO RECEIVE – CROSSDOCKS

**1** Remove the crossdock bill of lading from the bill pack. This is a master list of each purchase order on the crossdock shipment, including the number of units shipped in each purchase order. Each crossdock shipment has its own purchase order number.

**2** Verify that the shipment belongs to your store by checking the "ship to" address and the purchase order number.

**3** Verify the unit count for each purchase order listed on the crossdock bill – this would be the total number of racks, pallets, or pieces shipped for each purchase order on the bill.

**6** LRT scan all merchandise and check any discrepancies prompted by the re-count screen. Also use the packing list to check for items not shipped.

**5** There will be a separate packing list for each purchase order listed on the bill. Remove the packing list and enter the crossdock purchase order number into the LRT gun.

**4** Sign the bill and record any discrepancies on it. Have driver sign to acknowledge each discrepancy. Any shortage not noted on the bill or signed by the driver will be charged back to the store by corporate trades payable. If the shipping quantity on the bill has been altered, you must ask the driver to sign acknowledging the change and complete a Receiving Report Discrepancy Notification Form (#90060) to attach to the bill.

**7** Complete each packing list before moving on to the next purchase order. Before beginning each purchase order make sure you have keyed the purchase order into the LRT gun.

**8** You can now move the merchandise to the sales floor.

**9** Sign the packing list using your name, store number, and date. Record any discrepancies on the bill of lading and have the driver sign to acknowledge each one.

**11** If you find items to be either over, short, or damaged refer to the sections on receiving discrepancies and receiving damaged merchandise.

**10** Give the packing list and bill of lading to the receiving clerk for processing. Receiving clerk should attach a photocopy of the bill of lading to the receiving report. The receiving clerk must process all receiving the day it is received or note on the bill the reason it cannot be processed on time.

23

## HOW TO RECEIVE – INTERCOMPANY BILLING (ICB) DRAWS



**1** Check the ICB invoice sent by the shipping store to verify that your store is listed as the drawing store. If your store is not listed as the drawing store contact the shipping store so it can correct the error.

**2** If the shipment is for your store, hand tally the merchandise using a Lowe's Tally Sheet (#90101).

**3** Compare your hand tally with the ICB invoice to verify shipping quantities. If you find a discrepancy contact the shipping store.

**3C** DAMAGES: Do not refuse damaged ICBs. If the ICB merchandise is unsellable, contact the shipping store. Refusal or reshipping of ICB merchandise increases freight costs for Lowe's.

**3B** OVERAGES: the shipping store will process another ICB to the drawing store for the overage amount.

**3A** SHORTAGES: the drawing store will process an ICB to the shipping store for the shortage amount.

24

## HOW TO RECEIVE – REGIONAL DISTRIBUTION CENTER (RDC), GOOD FAITH



**1** Obtain the bill pack from the driver. Check the bill of lading for any crossdock shipments.

**2** Verify that:

**3** Record your findings on the bill and have the driver sign to acknowledge that the seal was either intact or violated. If the seal has been violated you must notify the RDC Quality Assurance Coach and detail receive the truck by scanning it with an LRT gun.

**2A** The shipment belongs to your store – check the destination address and requisition number.

**2B** The seal numbers recorded on the bill are the same seal numbers on the trailer.

**2C** The seals on the trailer haven't been tampered with.

**6** Give the bill pack to the receiving clerk for processing. The receiving clerk must process all receiving the day it is received or note on the bill the reason it cannot be processed on time.

**5** Inform the receiving clerk of any damaged merchandise so he or she can file a damage claim with the RDC.

**4** Remove the seals and unload the truck. You can move the merchandise directly to the sales floor.

**7** If you find items to be either over, short, or damaged refer to the sections on receiving discrepancies and receiving damaged merchandise.

**8** Detail receive crossdock shipments by scanning them with an LRT gun. For further information, refer to the section on how to receive crossdocks.

25

## HOW TO RECEIVE – REPLACEMENT PART (RP) SHIPMENTS

**1** Obtain the freight bill or bill of lading from the driver. If UPS, refer to packing list.

**2** Check the "ship to" address and RP number to verify the order belongs to your store.

**3** Verify the shipping unit quantities on the bill. This would be the total number of racks, pallets, or pieces shipped for each RP order on the bill.

**6** Notify the salesperson and record the received date in the RP log.

**5** Using the completed RP Worksheet, record the RP number and items received. The tally should indicate pieces along with the totals. Ex: You should record an order with four (4) boxes and 80 per box as "80, 80, 80, 80," not "320".

**4** Sign the bill and record any discrepancies on it. Have driver sign to acknowledge each discrepancy. Any shortage not noted on the bill or signed by the driver will be charged back to the store by Corporate Trades Payable. If the shipping quantity on the bill has been altered, you must ask the driver to sign acknowledging the change and complete a Receiving Report Discrepancy Notification Form (#90060) to attach to the bill.

**7** Tag the order with an SOS sticker, recording on it the customer name, RP number, date received, salesperson name, and indicate whether the order is one or multiple boxes or units.

**8** Store the order in a designated area near the SOS racks.

**9** Attach the RP Worksheet to the packing list and maintain it in a numeric RP file for one year.

**10** If you find items to be either over, short, or damaged refer to the sections on receiving discrepancies and receiving damaged merchandise.

26

L 0067

# HOW TO RECEIVE -- SECURITY ITEMS ON RDC/SDC



**1**
While unloading an RDC or SDC, whether or not it is from a good faith distribution center, look throughout the trailer for items designated on the shipping label with a department code of CAGE. Smaller security items will be shipped together in an overpack box. This overpack box will have the CAGE shipping label and will be secured with white security tape and double banding. If the tape or banding have been altered in any way, contact the RDC's Quality Assurance Department for further instructions.

**2**
As you are unloading the truck, place the security items in the portable metal security cage. Never leave CAGE items in the receiving area if they are loose and unsecured.

**5**
If your store's physical count does match, secure the cage with a Best lock (provided) and a trailer seal (item #55009). Record the seal number on the Security Manifest Page.

**4**
If your store's physical count does not match the total on the Security Manifest Page, contact the RDC's Quality Assurance Department for further instruction.

**3**
After you have unloaded the trailer, have the zone manager-receiving or his designee count the total number of security cases received (overpack boxes count as 1 case) and record the total on the Security Manifest Page, which you will find in the bill pack.

**6**
Using a bicycle chain (bill one out to the store use account -- code #145), secure the cage to an upright until the manager on duty is able to move the security items to the selling floor.

**7**
If you need to remove items from the cage to meet immediate customer needs, contact the manager on duty. Only the MOD can break the cage's seal. If the MOD does remove items from the cage, he or she must record on the Security Manifest Page both the replacement seal number and the items removed from the cage.

(cont.)

27

## HOW TO RECEIVE -- SECURITY ITEMS ON RDC/SDC
### (cont.)



**8**
Before stocking the cage items, the manager on duty (other than zone manager-receiving) must verify the seal number, open the cage, and count the security cases in the cage. He should record his total on the Security Manifest Page. If he finds any discrepancies from the previous total he must report it to the Regional Loss Prevention Manager.

**9**
After verifying the totals, the MOD must ensure that the items are immediately stocked. The zone manager - customer service/administrative must verify items to the Security Manifest Page as they are stocked.

**11**
Return the Security Manifest Page to the receiving clerk, who will file it with the RDC bills.

**10**
Never leave the cage unattended unless it has been locked and secured to an upright.

28

L 0068

## HOW TO RECEIVE – SPECIAL ORDER SHIPMENTS (SOS)

**1** Obtain the freight bill or bill of lading from the driver. If UPS, refer to packing list.

**2** Check the "ship to" address and purchase order number to verify the order belongs to your store.

**3** Unload the truck and verify that the shipping unit quantities listed for each purchase order on the bill are present. This would be the total number of racks, pallets, or pieces shipped for each purchase order on the bill.

**6** Remove the packing list from the first order to be received, but do not refer to the packing list while receiving.

**5** Because SOS items do not have UPC codes you cannot use an LRT gun. Instead, print a tally sheet for each purchase order on the bill.

**4** Sign the bill and record any discrepancies on it. Have driver sign to acknowledge each discrepancy. Any shortage not noted on the bill or signed by the driver will be charged back to the store by Corporate Trades Payable. If the shipping quantity on the bill has been altered, you must ask the driver to sign acknowledging the change and complete a Receiving Report Discrepancy Notification Form (#90050) attached to the bill.

**7** Record the item counts on the tally sheet. The tally should indicate pieces along with the total. Ex: You should record an order with four (4) boxes and 80 per box as "80, 80, 80, 80," not "320."

**8** Designate an SOS bin for the order. Put the order in that bin and write the bin number on the packing slip so the receiving clerk can enter it in the store system.

**9** Tag the order with an SOS sticker, recording on it the customer name, purchase order number, date received, salesperson name, bin number, and indicate whether the order is one or multiple boxes or units.

29

(cont.)

## HOW TO RECEIVE – SPECIAL ORDER SHIPMENTS (S0S)
## (cont.)



**10** Sign the packing list using your name, store number, and date. Record any discrepancies.

**11** Give the packing slip and hand tally to the receiving clerk for processing. The receiving clerk must process all receiving the day it is received or note on the bill the reason it cannot be processed on time.

**12** If you find items to be either over, short, or damaged refer to the sections on receiving discrepancies and receiving damaged merchandise.

30

L 0069

## HOW TO RECEIVE – SPECIALTY DISTRIBUTION CENTER
## (SDC)/RELOAD CENTER



**1** Obtain the bill of lading from the driver.

**2** Verify that:

**2A** The shipment belongs to your store – check the destination address and requisition number.

**2B** The seal number recorded on the bill is the same seal number on the trailer.

**5** Unload the truck and verify the shipping unit quantities noted on the bill – this would be the total number of racks, pallets, pieces, or crossdock quantities shipped.

**4** Remove the seal from the trailer and unload as Good Faith. If there has been a seal violation you must detail receive the truck by LRT scanning each item.

**3** Record your findings on the bill and have the driver sign to acknowledge that the seal was either intact or violated.

**2C** The seal on the trailer hasn't been tampered with.

**6** If you cannot account for all units, refer to the section on discrepancies.

**7** If you can account for all units sign and date the bill and have the driver sign.

**8** You can now send the merchandise to the sales floor.

**9** Take the bill to the receiving clerk for processing. The receiving clerk must process all receiving on the day it is received or note on the bill the reason it cannot be processed on time.

**10** Receive crossdocks. For further information, refer to the section on crossdocks.

31

## HOW TO RECEIVE – UPS



**1** Check the "ship to" address on each carton to verify that it belongs to your store.

**2** Count the cartons delivered and verify it against the count on the electronic UPS ped.

**3** Sign your name and the carton count on the electronic ped.

**3A** Once you sign for a shipment you have obligated Lowe's for that shipment and the delivery receipt is a legal and binding contract.

**5** LRT scan each item on the purchase order and check any discrepancies prompted by the re-count screen. Also use the packing list to check for items not shipped.

**4** Remove each carton's packing list and enter its purchase order into the LRT. If the shipment is special order merchandise, refer to the special order section.

**3B** You do have the right to count and verify any shipment before signing for it.

**6** After checking discrepancies you can move merchandise to the sales floor.

**7** Sign the packing list using your name, store number, and date. Record any discrepancies.

**8** Complete each packing list before moving on to the next purchase order. Before beginning each purchase order make sure you have keyed the purchase order into the LRT gun.

**10** If you find items to be either over, short, or damaged refer to the sections on receiving discrepancies and damaged merchandise.

**9** Give the packing lists to the receiving clerk for processing. The receiving clerk must process all receiving on the day it is received or note on the freight bill the reason it cannot be processed on time.

32

# HOW TO RECEIVE –
## VENDOR DIRECT SHIPMENTS



**1** Obtain the freight bill or bill of lading from the driver.

**2** Check the "ship to" address and the purchase order number to verify the order belongs to your store.

**3** Unload the truck and verify the shipping unit quantities listed for each purchase order on the bill. This would be the total number of racks, pallets, or pieces shipped for each purchase order on the bill.

**4** Sign the bill and record any discrepancies on it. Have driver sign to acknowledge each discrepancy. Any shortage not noted on the bill or signed by the driver will be charged back to the store by corporate trades payable. If the shipping quantity on the bill has been altered, you must ask the driver to sign acknowledging the change and complete a Receiving Report Discrepancy Notification Form (#60060) to attach to the bill.

**5** Remove the packing list for the first purchase order.

**6** Key the purchase order number into the LRT gun.

**7** LRT scan all merchandise and check any discrepancies prompted by the re-count screen. Also use the packing list to check for items not shipped.

**8** After checking discrepancies you can move merchandise to the sales floor.

**9** Sign the packing list using your name, store number, and date. Record any discrepancies.

**10** Complete each packing list before moving on to the next purchase order. Before beginning each purchase order make sure you have keyed the purchase order into the LRT gun.

**11** Give the bill and packing list to the receiving clerk for processing. The receiving clerk must process all receiving the day it is received or note on the bill the reason it cannot be processed on time.

**12** If you find items to be either over, short, or damaged refer to the sections on receiving discrepancies and damaged merchandise.

33

# HOW TO RECEIVE –
## PURCHASE ORDER NOT ON FILE



**1** Check the "ship to" address on the freight bill or packing list to verify that the shipment belongs to your store.

**2** Record the item counts on the tally sheet. The tally should indicate pieces along with the total. Ex: You should record an order with 4 boxes and 80 per box as "80, 80, 80, 80," and "320."

**3** After tallying the merchandise you can move it to the sales floor.

**4** Deliver the bill, packing slip, and hand tally to the receiving clerk.

**5** The receiving clerk will then contact the buyer to have the purchase order transmitted to the store within 24 hours and will file the purchase order in the incomplete bin until it can be received on the store system.

34

L 0071



## STEPS TO PROPERLY SIGNING A FREIGHT BILL, BILL OF LADING OR SHIPPING TICKET

### BEFORE YOU SIGN!

**STEP - 1**
VERIFY THAT THE SHIPMENT IS YOURS

**STEP - 2**
VERIFY THE PRO OR FREIGHT BILL NUMBER

**STEP - 3**
VERIFY THE QUANTITY TENDERED TO LOWE'S

**STEP - 4**
NOTE:
1. WHAT YOU GOT.
2. WHAT YOU DIDN'T GET AND
3. ITS CONDITION

**STEP - 5**
SIGN YOUR NAME

**STEP - 6**
NOTE YOUR STORE NUMBER

Consignee
LOWE'S
1234 MAPLE STREET
HOMETOWN, USA 98765

Shipper
Widget Corp.
Oak Drive
Somewhere, USA

Inbound Trailer 391497 Acme
Freight Bill Number 366 506 761

P.O. # 11237

M J BNO110JZ

ACME TRANSPORTATION COMPANY
Acme Freeways (555) 555-5555

| PCS | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT | RATE | FREIGHT CHARGES |
|---|---|---|---|---|

80   PCS   OUTDOOR WIDGETS
DOLLAR DISCOUNT AMOUNT

(1 PLT STC 80 PCS)
BILL TO: 00502644
LOWES CORP.

1545   132445-02   16.48   245.62   (102.01)

TTL WT? 1545

TOTAL CHARGES $ 152.01

JOHN SMITH

JOHN SMITH    STORE # 0600    11/19/96    RATE    PCS    INITIALS

35

---

## SIGNING FOR UPS SHIPMENTS

### BEFORE YOU SIGN !

**STEP - 1** Check the ship to address on the carton to verify that each carton belongs to your location.

**STEP - 2** Count the number of cartons delivered. The carton count will appear on the ups electronic pad.

**STEP - 3** Sign your name and carton count on the electronic pad.

**REMEMBER** - Once you sign for a shipment, you have obligated Lowe's for that shipment and the delivery receipt is a legal and binding contract.

**REMEMBER** - You do have the right to count and verify any shipment that is offered to you.

UPS | UNITED PARCEL SERVICES

LOWE'S   1234 MAPLE ST.
47 CTNS.

JOHN SMITH    47 CTNS.

36

# PACKING LIST

## PACKING LIST

**WIDGET CORPORATION**
OAK DRIVE
SOMEWHERE, USA 99497
(704)555-1212

INVOICE NO:
DATE: February 19, 1996

To:
LOWE'S COMPANIES
P.O. BOX 1111
NORTH WILKESBORO, NC 656

Ship To: LOWE'S #600
1234 MAPLE STREET
HOMETOWN, USA 99765

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| J.K. | 12357 | 1/19/96 | ACME | COLLECT | |

STEP 1 -
VERIFY
CORRECT
ADDRESS.

| QUANTITY | DESCRIPTION | LOWE'S ITEM# | NUMBER OF CARTONS |
|---|---|---|---|
| 20 | BLUE WIDGETS MODEL# 12345B | 66732 | 20 |
| 20 | RED WIDGETS MODEL# 12345R | 66733 | 20 |
| 20 | GREEN WIDGETS MODEL# 12345G | 66734 | 20 |
| 20 | YELLOW WIDGETS MODEL# 12345 (Seal) | 66735 | 20 |
| | | TOTAL CTNS. | 80 |

STORE #600
1-19-96

STEP 4
SIGN PACKING
LIST w/ DATE
AND STORE #

SHIPPING COPY

STEP 5 TURN
PAPERWORK INTO
RECEIVING CLERK

37

---

# STEPS TO SIGNING
## SDC AND RELOAD CENTER BILL OF LADING

STEP -1
Obtain
shipping
documents

**BILL OF LADING**                     BOL# 999954395    BA#

ORIGIN                                  DESTINATION

LOWE'S SDC# 985                         LOWE'S OF HOMETOWN
655 E CHURCH ST                         1234 MAPLE STREET
SANDERSVILLE, GA 31082                  HOMETOWN, USA 99765
(912)552-1113                           STORE#: 600

HOST REQUISITION NUMBER: 54395          DELIVERY DATE: 1996-01-12
                         54396

STEP 2 -
VERIFY:
1. Address
2. Seal

CARRIER: _DFI_                          DRIVER/SEAL VERIFICATION:

TRAILER#: _437251_                      SEAL#: _979043/006/7192_
                                        SDC UNIT:
                                        (RELOAD ONLY)

WEIGHT: _10975_    _1_ OF _2_ STOPS     DRIVER PICKUP
                                        SIGNATURE: _John Driver_

                                        STOP
                                        2
                                        (RELOAD ONLY)

IS THIS A SPLIT LOAD?                   RECEIVED
                                        John Driver    LOOSE PCS CNT.
                                        PALLET #

THIS SHIPMENT IS PREPAID

THIS DOCUMENT ACTS AS AND IS COVERED BY THE UNIFORM
STRAIGHT BILL OF LADING AS SPECIFIED BY THE INTERSTATE
COMMERCE ACT.                                                    UNIT COUNT _0_

ALL LOADS MUST BE FULLY TAPED.         XDOCK UNITS _1_
DELIVERY BY APPOINTMENT.
DELIVERY TIME: _7AM_                   XDOCK PO'S _53312_ (Seal)

PLEASE CALL THIS STORE AT (706)555-1234 FOR DELIVERY CONFIRMATION.
***************** FOR STORE USE *****************

_✓_ SEAL ARRIVED INTACT

_____ SEAL ARRIVED NOT INTACT OR SEAL NUMBERS DID NOT
MATCH BILL OF LADING. CONTACT CLAIMS DEPARTMENT
IMMEDIATELY AND FORWARD NECESSARY PAPERWORK.

DRIVER SIGNATURE: _John Driver_

STORE SIGNATURE: _Sam Brown_     DATE: _1/12/96_

STEP 4
Sign
Have
Driver sign

DRIVER S SIGNATURE _John Driver_     DATE: _1/12/96_

[ This example shows a shortage on the load. In this case the
order will be called and the requisition scanned using an LRT gun.
If no discrepancy occurred in step 3, this load would be good faith
received. ]

STEP 3
VERIFY:
Rack, Pallet,
Loose Pc, Xdock,
And Unit Count

38

L 0073

## STEPS TO SIGNING
## CROSS-DOCK BILL OF LADING

BILL OF LADING (FOR CROSS-DOCK PRODUCT)    BOL# 09995439S    BAG# ___

STEP-1
Obtain
shipping
documents

ORIGIN
LOWE'S EDC# 999
1502 RIVER ROAD
NORTH WILKESBORO, NC 28659
(910)651-4124

HOST REQUISITION NUMBER: 54595

DESTINATION
LOWE'S OF HOMETOWN
1234 MAPLE STREET
HOMETOWN, USA 98765
STORE#: 660 BTU

STEP-2
VERIFY:
A. Address
B. Seals

A    LOWE'S OF HOMETOWN
     1234 MAPLE STREET
     HOMETOWN, USA 98765
     STORE#: 660 BTU

DELIVERY DATE: 1996-01-12

CARRIER: _SCHNEIDER_

TRAILER#: _1245_

WEIGHT: _33456_

IS THIS A SPLIT LOAD? _NO_ ___ OF ___ STOPS

DRIVER/SEAL
VERIFICATION: _John Driver_

B    SEAL#: _972435004611B_

     SIGNATURE: _John Driver_

THIS DOCUMENT ACTS AS AND IS GOVERNED BY THE UNIFORM STRAIGHT BILL
OF LADING AS SPECIFIED BY THE INTERSTATE COMMERCE ACT.

THIS SHIPMENT IS PREPAID

DELIVERY BY APPOINTMENT.                    DELIVERY TIME: 7AM

PLEASE CALL THIS STORE AT (704)555-1234 FOR DELIVERY CONFIRMATION.

**** FOR STORE USE ****

___ SEAL ARRIVED INTACT

___ SEAL ARRIVED NOT INTACT OR SEAL NUMBERS DID NOT MATCH BILL OF
     LADING.

CONTACT CLAIMS DEPARTMENT IMMEDIATELY AND FORWARD NECESSARY
PAPERWORK.

STEP 4
Sign
Have
Driver sign

DRIVER SIGNATURE: _John Driver_
******** PACKING LIST ********
                                LOADER _Carl Van Order_    DATE _1/12/96_

STEP 3
Verify
A. Crossdock P.O.
B. Unit count

RECEIVED FOLLOWING (STORE SIGNATURE) _Sam Receiver_

VENDOR
NAME
54593

PO
NUM
47506

RR
NUM

PO
CUBE
21604

UNITS
LOADED
2

RECEIVED
AT
STORE
2:52

DATE _1/18/96_

39

---

## STEPS TO SIGNING
## RDC BILL OF LADING

STEP-1
Obtain
shipping
documents

BILL OF LADING    BOL# 09995439S    BAG# ___

ORIGIN
LOWE'S EDC# 999
1502 RIVER ROAD
NORTH WILKESBORO, NC 28659
(910)651-4124

HOST REQUISITION NUMBER: 54595
                         54596

DESTINATION
LOWE'S OF HOMETOWN
1234 MAPLE STREET
HOMETOWN, USA 98765
STORE#: 660 BTU

STEP-2
VERIFY:
A. Address
B. Seals

A    LOWE'S OF HOMETOWN
     1234 MAPLE STREET
     HOMETOWN, USA 98765
     STORE#: 660 BTU

DELIVERY DATE: 1996-01-12

CARRIER: _SCHNEIDER_

TRAILER#: _2456_

WEIGHT: _32567_

IS THIS A SPLIT LOAD? _NO_ ___ OF ___ STOPS

DRIVER/SEAL
VERIFICATION: _John Driver_

B    SEAL#: _972435004611B_

     SIGNATURE: _John Driver_

THIS DOCUMENT ACTS AS AND IS GOVERNED BY THE UNIFORM STRAIGHT BILL
OF LADING AS SPECIFIED BY THE INTERSTATE COMMERCE ACT.

THIS SHIPMENT IS PREPAID

DELIVERY BY APPOINTMENT.                    DELIVERY TIME: 7AM

PLEASE CALL THIS STORE AT (704)555-1234 FOR DELIVERY CONFIRMATION.

**** FOR STORE USE ****

___ SEAL ARRIVED INTACT

___ SEAL ARRIVED NOT INTACT OR SEAL NUMBERS DID NOT MATCH BILL OF
     LADING.

CONTACT CLAIMS DEPARTMENT IMMEDIATELY AND FORWARD NECESSARY
PAPERWORK.

STEP 3
Sign
Have Driver
sign

DRIVER SIGNATURE: _John Driver_
******** PACKING LIST ********
                                LOADER _Carl Van Order_    DATE _1/12/96_

SELECTOR _Sam Distributor_

RECEIVED FOLLOWING (STORE SIGNATURE) _Sam Receiver_    DATE _1/18/96_

40



# WHAT IF IT'S DAMAGED?

How to receive damaged merchandise

for further information refer to P&P AD-31

**Found in this Section**

Non-Lowe's Shippers (Crossdock, UPS, Vendor Direct)    pages 42-43
RDC – Good Faith    page 44
Special Orders (SOS) and Replacement Parts (Rps)    page 45
SDC & Reload Centers    pages 46-47

Concealed Damage – Non-Lowe's Shippers    page 48

41

---

**HOW TO HANDLE DAMAGES**
**NON-LOWE'S SHIPPERS**
**Includes Crossdock, UPS, and Vendor Direct Shipments**



42

(cont.)

L 0075

# HOW TO HANDLE DAMAGES
## NON-LOWE'S SHIPPERS
### Includes Crossdock, UPS, and Vendor Direct Shipments
### (cont.)



**5**
If you accept the damaged merchandise:

**5A**
Estimate the value at 25, 50, 75 or 100% damaged.

**5B**
Record this damage value on the bill.

**5C**
Complete the Receiving Report Discrepancy Notification Form (#90060), indicating the damage value.

**5D**
Contact the carrier or vendor for disposition instructions. Note the disposition of the damaged merchandise on the Receiving Report Discrepancy Notification Form in the "Location of Salvage" section.

**6.**
If you must hold the damaged merchandise for vendor pickup:

**6E**
The receiving clerk will receive merchandise into inventory and process it as "damaged."

**6A**
If the merchandise is delivered on a supplier truck, Corporate Trade Payables will issue a debit to the supplier for the merchandise full value. Hold the merchandise until it can be returned to the vendor.

**6B**
Contact the vendor to have the merchandise picked up or returned freight collect. Record on the Receiving Report Discrepancy Notification Form the name of the person you contacted and whether the merchandise will be picked up by the vendor or shipped freight collect. Attach a copy of the outbound bill of lading to this form

**6C**
Be sure the merchandise being held is secure. If the damaged merchandise is unavailable for the carrier or supplier to pick up, your store will be charged for the full value of the merchandise.

43

# HOW TO HANDLE DAMAGES
## RDC, GOOD FAITH AND NON-GOOD FAITH



**1**
Determine whether the shipment's total damage is more or less than $25. The RDC or its satellites will not accept damage claims for any amount less than $25 per shipment.

**2**
If the damaged merchandise is valued at less than $25, determine whether each item is sellable at a discount. If items are sellable, move them to the sales floor and price them accordingly. If items are not sellable, bill them out to the store use damaged (code #082) category.

**3**
If the damaged merchandise is valued at more than $25, determine whether it is completely or partially damaged.

**4**
If the merchandise is only partially damaged, determine what price the item could be sold for or what repairs would be necessary to make them sellable.

**4D**
No inventory adjustments are necessary. The merchandise is received into inventory, but the RDC will credit the claim amount to the store's billing account.

**4C**
If the claim exceeds $100 per line item you must include a photograph of the damaged merchandise.

**4B**
Complete the RDC/SDC Damage Allowance Claim Form (#90026) and record the claim amount (in this example, $50) in the "allowance" field.

**4A**
Subtract the estimated damaged selling price from the regular selling price to determine the amount of damage allowance to request from the RDC. Ex: if 2 radios valued at $100 each arrive damaged and can be resold for $75 each, your allowance would b $25 x 2 = $50.

**5**
If the item is completely damaged:

**5A**
You must bill out the item to the store use damaged (code #082) category to remove it from inventory. The item must then be destroyed. It cannot be resold, given to charity, or given to employees.

**5B**
Complete the RDC/SDC Damage Allowance Claim Form (#90026) and enter "total" in the "allowance" field.

**5C**
Attach the white copy of the store use billout to the claim form and include a picture for any claims of more than $100 per line item.

**5D**
Mail per instructions listed on the claim form. It must be postmarked within 30 days of receiving the item. The RDC will issue full credit to the store's billing account.

44



## HOW TO HANDLE DAMAGES
### SPECIAL ORDER SHIPMENTS (SOS) AND
### REPLACEMENT PART (RP) ORDERS

**1** Refuse all damaged special order shipments.

**2** The receiving clerk will complete a Receiving Report Discrepancy Notification Form (#90060) and void the purchase order.

**3** The receiving clerk will notify the salesperson so he can:

**3A** Notify the customer.

**3B** Refund the damaged purchase order and rebill the order under a new purchase order.

**3C** Call in the order and request a speedy delivery of the replacement purchase order.

**4** If you discover the damage after receiving the order.

**4A** Notify the salesperson so he can determine the severity of the damage and contact the customer.

**4B** If the customer does not want the damaged item, the salesperson will refund the damaged.

**5** For information about how to file the concealed damage claims, refer to the section on concealed damage.

45



## HOW TO HANDLE DAMAGES
### SPECIALTY DISTRIBUTION CENTERS (SDC)/RELOAD CENTERS

**1** If the damaged item arrived on a flatbed truck, the store must immediately contact the SDC.

**2** If the SDC determines the damage was caused by the flatbed carrier.

**2A** You must process an RTM to bill the item out to the carrier.

**2B** You must send the paperwork including a copy of the RTM to Corporate Trade Payables who will file the freight claim.

**2C** Hold the merchandise in the store for pick-up within 7 days.

**3** If the damage was not caused by the center or if the shipment did not arrive on a flatbed, determine whether the total damage is more or less than $25. The SDC will not accept damage claims for less than $25 per shipment.

**4** If the damaged merchandise is valued at less than $25, determine whether it is sellable at a discount. If it is sellable, move it to the sales floor and price it accordingly. If it is not sellable, bill out the item to the store use damaged (code #062) category.

**5** If the damaged merchandise is valued at more than $25, determine whether it is completely or partially damaged.

**6** If the merchandise is only partially damaged, determine what price it could be sold for or what repairs would be necessary to make the item sellable.

**6A** Subtract the estimated damaged selling price from the regular selling price to determine the amount of damage allowance to request from the SDC. EX: If 2 radios valued at $100 each arrive damaged and can be resold for $75 each, your allowance would be $25 x 2 = $50.

**6B** Complete the RDC/SDC Damage Allowance Claim Form (#90026) and record the claim amount (in this example, $50) in the "allowance" field.

**6C** If the claim exceeds $100 per line item you must include a photograph of the damaged merchandise.

**6D** No inventory adjustment are necessary. The merchandise is received into inventory, but the SDC will credit the claim amount to the store labor payable account.

46

(cont.)

HOW TO HANDLE DAMAGES
SPECIALTY DISTRIBUTION CENTERS (SDC)/RELOAD CENTERS
(CONT.)

**7** If the item is completely damaged:

→

**7A** You must bill out the item to the store use damaged (code #062) category to remove it from inventory. The item must then be destroyed. It cannot be resold, given to charity, or given to employees.

→

**7B** Complete the RDC/SDC Damage Allowance Claim Form (#90025) and enter "total" in the "allowance" field.

↓

**7C** Attach the white copy of the store use billout to the claim form and include a picture for any claims of more than $100 per line item.

←

**7D** Mail per instructions listed on the claim form. It must be postmarked within 24 hours of receiving the truck. The SDC will issue full credit to the store's billing account.

47

HOW TO HANDLE CONCEALED DAMAGES
NON-LOWE'S SHIPPERS
Includes crossdock, UPS, and Vendor Direct Shipments

**1** Concealed damage occurs when you discover that merchandise is damaged after you have received it into inventory.

→

**2** Determine if the shipment including the concealed damage has been received within the past 15 days. If it has been more than 15 days, no damage claim can be filed.

→

**3** If it has been fewer than 15 days since the shipment was received, the zone 4 assistant manager, zone manager-receiving, or receiving clerk must contact the carrier and arrange for inspection of any order over $50. The carrier may request to inspect the merchandise in its original cartons.

↓

**4** Call the carrier's local terminal to report the purchase order number and the amount of damage. The carrier must then complete a Request for Inspection by Delivering Carrier's Local Office Form (#90065).

←

**5** Complete a Receiving Report Discrepancy Notification Form (#90050) and attach it to the receiving report along with the carrier's inspection report, the freight bill, and any other papers pertaining to the shipment. File these with the receiving report until they are requested by the general office.

↓

**6** The receiving clerk will process the purchase order as damaged. This will let Corporate Trade Payables know there is a potential claim. Only the UPS is an exception to this and stores can file claims against these shippers.

48

L 0078



# WHAT IF IT'S OVER OR SHORT?

how to handle receiving discrepancies

*for further information refer to P&P AD-31*

**Found in this Section**

| | |
|---|---|
| Non-Lowe's Shippers (Crossdocks, UPS, Vendor Direct) | page 50 |
| RDC – Good Faith | page 51 |
| SDC & Reload Centers | pages 52-53 |

49



### HOW TO HANDLE DISCREPANCIES – NON-LOWE'S SHIPPERS
#### Include crossdock, UPS, and Vendor Direct Shipments

**1** Confirm that the order is over or short. There is a discrepancy only if the packing list indicates a quantity shipped that is more or less than what the store received. The quantity ordered does not cause a discrepancy. Ex: If the quantity ordered is 10 but the packing list indicates 8 were shipped, we will not be over or short as long as we receive 8. If we receive 10 — or any quantity other than 8 — we have a discrepancy.

**2** Confirm that the receiver recorded the discrepancy on the bill and packing list and that the driver signed acknowledging the discrepancy.

**3** When processing the purchase order on the genesis terminal, be sure to key in the discrepancy quantities. This will keep your inventory accurate and notify our Corporate Trade Payables department of the discrepancy.

**4** Complete the Receiving Report Discrepancy Notification Form and attach it to the paperwork before filing it.

**5** If the discrepancy was not noted on the freight bill at the time of delivery, you must receive the order as complete and correct inventory through store use cycle counts (code #145).

50

L 0079

# HOW TO HANDLE DISCREPANCIES -- RDC, GOOD FAITH



**1** Confirm that the requisition is over or short. Be sure that there is no other explanation (cycle count, cashier or salesperson error, theft, etc.) for the inventory discrepancy.

**2** If you are over an item, add it to inventory through a store use cycle count (code #145).

**3** If you are short an item, determine that your shortage meets the necessary guidelines for filing a claim. In order to file a claim with the RDC, the shortage must be $250 per line item and the claim cannot be submitted more than 7 days from the delivery date.

**4** If your shortage does not meet the guidelines, remove it from inventory through a store use cycle count (code #145).

**5** If your shortage does meet the guidelines, immediately notify by telephone the RDC Quality Assurance Coach.

**5A** Follow up the phone call by faxing a Good Faith Receiving Claim Sheet (#90477). Only list one requisition number per sheet, but multiple items can be listed for that requisition number.

**5B** Do not adjust your inventory with cycle counts. After verifying that the items on your fax were intended to be on the requisition number, the RDC will issue your store credit and the HOST will update overnight.

**5C** The RDC will then have 30 days to review the claim. Unless the review indicates the discrepancy was due to TDC error, the claim will be charged back to the store. If the claim is to be charged back, the RDC Quality Assurance Coach will notify by telephone the store manager and fax a completed Good Faith Receiving Claim Sheet (#90477).

51

# HOW TO HANDLE DISCREPANCIES -- SDC & RELOAD CENTERS



**1** Determine if the pallet, piece, or crossdock quantity count listed on the bill of lading is inaccurate.

**2** Immediately contact the distribution center and record the name of the person you spoke to on the bill of lading.

**3** Have the driver sign the bill to acknowledge each discrepancy.

**4** Key in the requisition number and LRT scan all merchandise. This does not include crossdocks -- they will be received under separate purchase order numbers.

**5** Check back any discrepancies.

**6** You can now move the merchandise to the sales floor.

**7** You can now begin detail receiving the crossdock shipments by scanning them with the LRT gun.

**8** Give the bill of lading to the receiving clerk for processing. The receiving clerk must process all receiving the day it is received or note on the bill the reason it cannot be processed on time.

(cont.)

52

L 0080

## HOW TO HANDLE DISCREPANCIES –
### SDC & RELOAD CENTERS
(cont.)

The receiving clerk will manually adjust the quantities for all discrepancies and complete a Receiving Report Discrepancy Notification Form (#90050) for items over or short.

**9A**
Verify that the bill of lading indicates the shipment contained discrepancies and that both the Lowe's receiver and the driver signed the bill.

**9B**
Verify that the name of the distribution center employee contacted is recorded on the bill of lading.

**9C**
Attach the receiving report, the Receiving Report Discrepancy Notification Form (#90050), the bill of lading, and the requisition and file them as incomplete.

53

L 0081

# STORE # 1094
## DANVERS, MA

### WEEK ENDING 1/12/01

NAME (Print) _DAVID H. DEAN_

SOCIAL SECURITY _015_ - _44_ - _0757_

| Date | IN | OUT | IN | OUT | TOTAL |
|------|------|------|------|------|-------|
| SAT | | | | | |
| SUN | | | | | |
| 1/8 MON | 6:30 | 11:15 | 12:15 | 4:00 | |
| 1/9 TUE | 8:00 | 12:50 | 1:50 | 5:00 | |
| 1/10 WED | 7:00 | 11:00 | 12:00 | 4:00 | |
| 1/11 THU | 7:00 | 11:00 | 12:00 | 5:00 | |
| 1/12 FRI | 7:00 | 1:00 | 2:00 | 6:00 | |

## TOTAL FOR WEEK _____
### ***FAX TO HIRING OFFICE AT 1-978-646-8867***

EMPLOYEE SIGNATURE _David H. Dean_

MANAGER VERIFICATION _____

ate payroll correction sheet faxed to payroll _____

L 0082

**STORE #1094**

**DANVERS, MA**

## WEEK ENDING 1/12/01

NAME(Print) _David H. Dean_

SOCIAL SECURITY _015 - 44 - 0757_

| Date | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| SAT | | | | | |
| SUN | | | | | |
| MON | | | | | |
| 1/16 TUE | 10:00 | 12:00 | 1:00 | 6:00 | |
| 1/17 WED | 7:00 | 12:00 | 1:00 | 4:00 | |
| 1/18 THU | 7:00 | 12:00 | 1:00 | 4:00 | |
| 1/19 FRI | 7:00 | 12:00 | 1:00 | 6:00 | |

**TOTAL FOR WEEK** _____

**\*\*\*FAX TO HIRING OFFICE AT 1-978-646-8867\*\*\***

EMPLOYEE SIGNATURE _David H. Dean_

MANAGER VERIFICATION _Michael Ballenger_

late payroll correction sheet faxed to payroll

| DATE TIME | TO/FROM | MODE MIN/SEC PGS | JOB# STATUS |
|---|---|---|---|
LOWES SPRINGFIELD
AS OF JAN 19 2001 14:22 PAGE.01
\*\* TX STATUS REPORT \*\*

# STORE #1094
## DANVERS, MA

## WEEK ENDING _1/12/01_

NAME(Print) _DAVID H. DEAN_

SOCIAL SECURITY _015_ - _44_ - _0757_

| Date | IN | OUT | IN | OUT | TOTAL |
|------|-----|------|-----|------|-------|
| SAT | | | | | |
| SUN | | | | | |
| MON | | | | | |
| 1/16 TUE | 10:00 | 12:00 | 1:00 | 6:00 | |
| 1/17 WED | 7:00 | 12:00 | 1:00 | 4:00 | |
| 1/18 THU | 7:00 | 12:00 | 1:00 | 4:00 | |
| 1/19 FRI | 7:00 | 12:00 | 1:00 | 6:00 | |

## TOTAL FOR WEEK _____
## ***FAX TO HIRING OFFICE AT 1-978-646-8867***

EMPLOYEE SIGNATURE _David H. Dean_

MANAGER VERIFICATION _Michael Baillargeon_

ate payroll correction sheet faxed to payroll

L 0084

# STORE #1094
## DANVERS, MA

### WEEK ENDING  1/12/01

NAME(Print)  David H. Dean

SOCIAL SECURITY  015 - 44 - 0757

| Date | IN | OUT | IN | OUT | TOTAL |
|------|-----|-----|-----|-----|-------|
| SAT | | | | | |
| SUN | | | | | |
| MON | | | | | |
| 1/16 TUE | 10:00 | 12:00 | 1:00 | 6:00 | |
| 1/17 WED | 7:00 | 12:00 | 1:00 | 4:00 | |
| 1/18 THU | 7:00 | 12:00 | 1:00 | 4:00 | |
| 1/19 FRI | 7:00 | 12:00 | 1:00 | 6:00 | |

### TOTAL FOR WEEK
### ***FAX TO HIRING OFFICE AT 1-978-646-8867***

EMPLOYEE SIGNATURE  David H. Dean

MANAGER VERIFICATION  Michael Gallagher

Date payroll correction sheet faxed to payroll

LOWES SPRINGFIELD

** TX STATUS REPORT **

AS OF   JAN 19 2001 14:15   PAGE.01

L 0085

# STORE #1094
# DANVERS, MA

## WEEK ENDING _1/12/01_

### NAME(Print) _DAVID H. DEAN_

### SOCIAL SECURITY _015_ - _44_ - _0757_

| Date | IN | OUT | IN | OUT | TOTAL |
|------|------|------|------|------|------|
| SAT | | | | | |
| SUN | | | | | |
| MON | | | | | |
| TUE | | 12:00 | 1:0 | 5:00 | |
| WED | 7:00 | 1:00 | 2:00 | 4:00 | |
| THU | 7:00 | 1:00 | :00 | :00 | |
| FRI | 7:00 | 1:00 | :00 | 5:00 | |

## TOTAL FOR WEEK _____
## ***FAX TO HIRING OFFICE AT 1-978-646-8867***

### EMPLOYEE SIGNATURE _David H. Dean_

### MANAGER VERIFICATION _Michael Baillargeon_

**te payr** **l correction sheet faxed to payroll** _____

L 0086

# Section 1 Quiz

## TRUE OR FALSE (Circle your answer choice)

1. You should check the condition of your forklift's tires on a weekly basis.

   **TRUE**    FALSE

2. Any damage that you locate on the forklift should be noted on your store's daily checklist and reported to your supervisor.

   **TRUE**    FALSE

3. When you start a forklift, always make sure the parking brake is engaged.

   **TRUE**    FALSE

4. Every forklift should have a fire extinguisher.

   **TRUE**    FALSE

5. A seat-activated brake disengages when you sit down on the seat.

   **TRUE**    FALSE

6. Empty LPG tanks should be replaced indoors.

   TRUE    **FALSE**

7. Cracked or bent forks should be replaced immediately.

   **TRUE**    FALSE

8. You should only charge a battery the amount of charge used during the last shift.

   **TRUE**    FALSE

9. Large metal belt buckles, watches and rings should not be worn when charging a battery.

   **TRUE**    FALSE

10. Always turn off the charger before disconnecting the battery.

    **TRUE**    FALSE

L 0087

JAN 20 2000 15:13 FR LOWES 550 PIC

# Section 2 Quiz

## Multiple Choice

Each question has only one right answer. Circle the letter of your choice.

1. The three-point contact method is used to:

   a. climb on and off the forklift
   b. test the battery power
   c. lift a pallet of merchandise
   d. none of the above

2. When driving, your hands should be kept where?

   a. one on the wheel and one on an upright
   b. firmly on the wheel
   c. one on the wheel and one on the seat
   d. none of the above

3. The term "plugging" refers to what type of action?

   a. changing directions on an electric forklift by reducing power and reversing direction without using the brake
   b. carrying merchandise through a congested area
   c. replacing the spark plugs on a gas or diesel powered machine

4. Always use your horn when

   a. backing up
   b. turning around a blind corner
   c. entering a doorway
   d. approaching customers
   e. all of the above

5. As a forklift is turned.

   a. the rear swings wide
   b. the inside front wheel determines the turn angle
   c. the forks move up several inches
   d. a and b
   e. b and c

L 0088

# Section 3 Quiz

## Multiple Choice

Each question has only one right answer. Circle the letter of your choice.

1. The rating capacity plate tells you what?

   a. how much the forklift can lift at ground level and maximum height
   b. the type of material the forklift can lift
   c. a and b
   d. none of the above

2. When moving pallets of bagged merchandise you should:

   a. only lift two pallets at a time
   b. angle the forks down to avoid puncturing the bags
   c. carry them only while moving in reverse
   d. none of the above

3. An inching pedal is used to:

   a. raise the forks an inch at a time
   b. accelerate the engine
   c. move the forklift slowly forward

4. When approaching a stack you should:

   a. stop before reaching the stack and raise the forks up to the proper height for loading or unloading
   b. raise the forks as you move forward
   c. bump the stack with the forks
   d. none of the above

5. If you find a load that is obviously unbalanced you should do what?

   a. not pick it up
   b. balance the load
   c. a or b
   d. none of the above

L 0089

1. It's ok to ... air on your forks.

   TRUE  ~~FALSE~~

2. When you drive over railroad tracks, always cross at an angle.

   ~~TRUE~~  FALSE

3. Always drive in reverse when carrying a bulky load.

   ~~TRUE~~  FALSE

4. When carrying a load down a ramp, always drive forward.

   TRUE  ~~FALSE~~

5. Before unloading from a trailer, always make sure the wheels are chocked.

   ~~TRUE~~  FALSE

# Section 4 Quiz

TRUE OR FALSE (Circle your answer choice)

1. A stand-up lift/reach truck is a counterbalanced machine.

   ~~TRUE~~  FALSE

2. The brake of stand-up machine operates like the brake of a car.

   TRUE  ~~FALSE~~

3. The stand-up forklift can be operated safely at high speeds.

   TRUE  ~~FALSE~~

4. Avoid any sudden stops and starts when operating the stand-up forklift.

   ~~TRUE~~  FALSE

5. Never operate the forklift from anywhere other than the operator's compartment.

   ~~TRUE~~  ~~FALSE~~

TRUE OR FALSE (Circle your answer choice)

1. The front wheels of the pallet jack must extend beyond the lower slats of the pallet.

   **(TRUE)** FALSE

2. A pallet jack should be pulled slowly and steadily.

   **(TRUE)** FALSE

3. When placing a pallet on the floor, be sure no one is standing too close.

   **(TRUE)** FALSE

4. Check the spot where you will be placing the pallet to be sure there is no merchandise or clutter in the way.

   **(TRUE)** FALSE

5. When moving a load down a ramp with a pallet jack, stand downhill and guide the load down the incline.

   TRUE **(FALSE)**

## Section 6 Quiz

TRUE OR FALSE (Circle your answer choice)

1. When operating a stockpicker, you must always wear a safety belt and tether.

   **(TRUE)** FALSE

2. The overhead protection on a stockpicker is the highest part of the machine.

   **(TRUE)** FALSE

3. When traveling with a stockpicker, you should stand out on the pallet.

   TRUE **(FALSE)**

4. Always try to evenly distribute merchandise on the pallet.

   **(TRUE)** FALSE

5. Always lower the stockpicker to the ground before traveling any great distance.

   **(TRUE)** FALSE

**TRUE OR FALSE (Circle your answer choice)**

1. The load on the forks is balanced by the rest of the forklift.

   (TRUE)    FALSE

2. A forklift's center of gravity moves down as a load is lifted up.

   (TRUE)    FALSE

3. Loads should always be carried low to the ground and up against the carriage.

   (TRUE)    FALSE

4. If your forklift starts to tip over, jump clear immediately.

   TRUE    (FALSE)

5. A forklift is balanced in a similar way to a seesaw across the front load wheels.

   (TRUE)    FALSE

**I. NOTICE OF LOWE'S POLICIES** - LOWE'S IS AN EQUAL OPPORTUNITY EMPLOYER AND WILL ADMINISTER ALL PERSONNEL PRACTICES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, NATIONAL ORIGIN OR DISABILITY. IT IS THE COMPANY'S INTENTION TO MAINTAIN A WORKING ENVIRONMENT FREE OF DISCRIMINATION OF ANY KIND.

DISCRIMINATION, INCLUDING SEXUAL HARASSMENT OR OTHER UNLAWFUL HARASSMENT, BY SUPERVISORS, FELLOW EMPLOYEES OR CUSTOMERS IS STRICTLY AGAINST. POLICY AND WILL NOT BE TOLERATED.

THE SALE AND/OR USE OF ILLEGAL DRUGS OR ALCOHOL ON THE PREMISES OR BEING UNDER THE INFLUENCE OF ILLEGAL DRUGS OR ALCOHOL WHILE IN THE PERFORMANCE OF JOB DUTIES IS STRICTLY FORBIDDEN AND COULD RESULT IN TERMINATION OF EMPLOYMENT.

WORKING "OFF-THE-CLOCK" BY OVERTIME ELIGIBLE AND COMMISSIONED STAFF IS STRICTLY FORBIDDEN AND COULD RESULT IN TERMINATION OF EMPLOYMENT FOR THOSE AT FAULT. EMPLOYEES ARE ENTITLED TO PAYMENT FOR ALL ELIGIBLE HOURS AND ARE ENCOURAGED TO REPORT ANY ACTUAL OR SUSPECTED "OFF-THE-CLOCK" WORK.

IF YOU ARE SUBJECTED TO DISCRIMINATION, INCLUDING SEXUAL HARASSMENT, OR IF YOU ARE AWARE OF A VIOLATION OF ANY OF THE POLICIES ABOVE, REPORT IT IMMEDIATELY TO YOUR STORE/LOCATION MANAGER (G.O. EMPLOYEES REPORT IT TO DEPARTMENT HEAD). IF IMMEDIATE SATISFACTORY ACTION IS NOT TAKEN, CALL OR WRITE LOWE'S INTERNAL AUDIT DEPARTMENT, P. O. BOX 1111, NORTH WILKESBORO, NC 28656 (PHONE 336-658-4374 COLLECT).

THE UNDERSIGNED HEREBY ACKNOWLEDGES NOTICE AND UNDERSTANDING OF THESE POLICIES.

INITIAL *D.H.D*

**II. LOWE'S EMPLOYEE ORIENTATION GUIDE** - I CERTIFY THAT I HAVE RECEIVED A COPY OF THE LOWE'S ORIENTATION GUIDE. I UNDERSTAND THAT THIS REFERENCE GUIDE, ITS CONTENTS AND ANY SUBSEQUENT ADDITIONS OR REVISIONS THERETO DO NOT CONSTITUTE ANY CONTRACTUAL OBLIGATIONS ON LOWE'S OR MYSELF. I FURTHER UNDERSTAND THAT THE COMPANY RESERVES ITS RIGHT TO MODIFY, CHANGE, SUSPEND OR CANCEL AT ANY TIME, WITH OR WITHOUT WRITTEN OR VERBAL NOTICE ANY OR ALL OF THE SUBJECTS CONTAINED HEREIN.

IT IS AGREED THAT THE EMPLOYMENT RELATIONSHIP BETWEEN ME AND THE COMPANY IS AT WILL AND IS TERMINABLE AT THE WILL OF EITHER PARTY.

INITIAL *D.H.D*

**III. LOWE'S CODE OF ETHICS**
I ACKNOWLEDGE THAT I AM AWARE OF, UNDERSTAND AND WILL COMPLY WITH THE LOWE'S CODE OF ETHICS AS DESCRIBED IN LOWE'S ORIENTATION WORKBOOK AND SET FORTH IN THE "CODE OF ETHICS" PAMPHLET.

INITIAL *D.H.D*

**IV. DATA SECURITY STATEMENT**
LOWE'S COMPUTER RESOURCES, SOFTWARE AND DATA ARE LICENSED EXCLUSIVELY TO/AND/OR ARE THE PROPERTY OF LOWE'S AND SHALL BE USED SOLELY FOR THE PURPOSE OF CONDUCTING LOWE'S BUSINESS. I AGREE TO ABIDE BY ALL COMPANY POLICIES IN THE USE OF LOWE'S COMPUTER RESOURCES, SOFTWARE AND DATA.

INITIAL *D.H.D*

**V. CONTRACT OF EMPLOYMENT**

*Mass* State

*Essex* County

This agreement, made this *6* day of *Jan.* 20 *01* by and between *Lowes' Hm Ctr Inc* Employer and *David H. Dea* Employee,
CORPORATION NAME

and in consideration of the application for employment and of the mutual covenants herein contained, witnesseth as follows:

1. The said *David Dean* agrees to give his/her undivided time and service in the employ of the
EMPLOYEE NAME
above named corporation or any affiliate thereof in such capacity as the said employer may direct.

2. It is further agreed by and between the parties hereto that this agreement shall be for an indefinite term and shall be terminable at the will of either party without notice and without cause.

3. It is further agreed that any employee who uses illegal drugs or alcohol, while in the performance of his job, may be dismissed from employment with Lowe's.

4. It is further agreed by and between the parties hereto that this agreement shall constitute the entire contract and agreement between the said parties and shall not be varied, changed, altered, or contradicted by the said parties orally, and no change of any of the provisions herein shall be valid unless approved in writing by the President of Lowe's.

By _____ (Seal)
MANAGER SIGNATURE

L 0093

Acting as agent for *Lowes Hm. Ctr Inc*     *David H. Dea* (Seal)
CORPORATION NAME                              EMPLOYEE SIGNATURE

* * * * * * * * * * * * * * * * * * * * *

I hereby acknowledge I have read and understand the following:

SOCIAL SECURITY # *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*

I.   Notice of Lowe's Policies          IV.  Data Security Statement
II.  Lowe's Orientation Guide           V.   Lowe's Contract of Employment
III. Lowe's Code of Ethics

*David H Dea*          *1/6/01*
EMPLOYEE SIGNATURE        DATE

(Rev. 7/00)

**RETAIN IN EMPLOYEE PERSONNEL FILE**

# POST OFFER QUESTIONNAIRE

EMPLOYEE NAME _David H. Dean_                    STORE # _1094_

1. Are there any physical or mental limitations which might keep you from performing the job you have been offered?

   ☑ No   ☐ Yes        *If yes, please complete the information below.*

   * Nature of the limitation _____

   * Do you have a medical condition which may cause an emergency situation that you feel we need to be aware of?

     ☐ No   ☑ Yes        *If yes, describe*   _Asthma_

   * Can you provide a physician's statement releasing you from any work restriction?   ☑ No   ☐ Yes

   * List any accommodations you need to perform the job duties. _____

   _____

2. If the job you have been offered requires lifting, please complete the information below.

   * Have you ever been treated for a back injury?   ☑ No   ☐ Yes

   * If yes, can you provide a physician's statement releasing you from any work restriction?   ☐ No   ☐ Yes

   * List any accommodations you need to perform the job. _____

   _____

3. Have you ever filed a Workers' Compensation claim?   ☑ No   ☐ Yes

   *If yes, please complete the information below in regard to the claim.*

   * Date of Injury _____ Employer _____

   * Nature of Injury _____

   * Describe how you were injured _____

   _____

   * Who or what did your employer determine caused the accident? _____

   _____

   * Did you receive a settlement as a result of your injury?   ☑ No   ☐ Yes

   * Can you provide a physician's statement releasing you from any work restriction?   ☐ No   ☐ Yes

   **If you have filed more than one claim, please attach an additional page(s) to provide this information.**

Employee Signature _David H. Dean_                    Date _1/06/01_

**COMPLETED POST OFFER QUESTIONNAIRES SHOULD BE FILED IN THE EMPLOYEE'S MEDICAL FILE AT THE LOCATION. DO NOT MAIL TO THE GO.**