UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID H. DEAN,<br>      Plaintiff,<br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>      Defendant. | )<br>)<br>)   CA No. 04-12605-mel<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and upon the pleadings, affidavits, deposition testimony, and documents submitted herewith, defendant Lowe's Home Centers, Inc. moves for summary judgment on all counts of plaintiff's complaint. Defendant sets forth the grounds for this Motion in the accompanying memorandum of law and affidavits.

WHEREFORE, defendant respectfully asks the Court to enter judgment in its favor on Counts I and II of plaintiff's complaint.

LOWE'S HOME CENTERS, INC.

By its attorneys,

_____
David C. Casey (BBO # 77260)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: June 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the plaintiff by mail on this ____ day of June 2005.

_____
Amy L. Nash