UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-1265-mel

DAVID DEAN,  )
    Plaintiff,  )
      )
v.  )
      )
LOWE'S HOME CENTERS, INC. )
    Defendant.  )
      )

## THE PLAINTIFF'S MOTION IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW Comes the Plaintiff, David Dean, who moves in Opposition to the Defendant's Motion for Summary Judgment pursuant to F.R.C.P. 56, citing as reasons therefore contained the Memorandum of Law attached hereto.

Wherefore, the Plaintiff respectfully requests that the Defendant's Motion should be Denied for the reasons stated by the Plaintiff.

By Plaintiff's Attorney,

/s/ _____
RAINER & O'CONNOR, LLP
Daniel C. Federico
B.B.O. #645717
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900