UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID H. DEAN,            ) | |
| )| |
| Plaintiff,     ) | CA No. 04-12605-mel |
| v.                        ) | |
| )| |
| LOWE'S HOME CENTERS, INC., ) | |
| )| |
| Defendant.    ) | |

**DEFENDANT'S MOTION TO BE GRANTED LEAVE
TO FILE A TWO-PAGE RULE 56 REBUTTAL**

Lowe's respectfully requests leave to file the attached two-page Rebuttal on the grounds that it should assist the Court in focusing on pertinent portions of the record and thus in deciding the Rule 56 motion efficiently.

Respectfully submitted,

LOWE'S HOME CENTERS, INC.

By its attorneys,

David C. Casey (BBO # 77260)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: June 23, 2005

Firmwide:80141358.1 028756.1376

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Defendant's Motion To Be Granted Leave To File A Two-Page Rule 56 Rebuttal was served upon counsel for the plaintiff by mail on this 23rd day of June 2005.

_____
David C. Casey