UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID H. DEAN,             )
      Plaintiff,         )    CA No. 04-12605-mel

v.                    )

LOWE'S HOME CENTERS, INC.,   )
      Defendant.     )

### AFFIDAVIT OF AMY L. NASH IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER

I, Amy L. Nash, do depose and state as follows:

1.    I am an attorney at the law firm of Littler Mendelson, P.C., One International Place, Suite 2700, Boston, Massachusetts 02110, counsel of record for Lowe's Home Centers, Inc. in this matter. In this Affidavit, I refer to Lowe's Home Centers, Inc. as "Lowe's" or "the Company."

2.    In the last sentence of Paragraph 2 of his "Motion in Opposition to the Defendants' Motion for a Protective Order," plaintiff states that "[p]reviously, the plaintiff postponed the deposition of Mr. Puccio and Mr. Romano at the request of defendant on April 14, 2005." This is incorrect.

3.    Lowe's has never requested that plaintiff postpone any depositions noticed by plaintiff in this matter. Rather, an assistant in the office of Daniel Federico, counsel for plaintiff, phoned me on or before April 11, 2005 and informed me that Mr. Federico wished to cancel all of the depositions scheduled for April 14, 2005 (of Frank Romano, Dan Puccio, Kris Lovett and Steven Sexton) and May 10, 2005 (of Robert Estes, Steven Vaughn, Jr. and Andy Ramos) and

that he planned to re-notice the depositions of Messrs. Estes, Puccio and Vaughn for Friday, April 29, 2005.

4.    Thereafter, by letter to me dated April 11, 2005, Mr. Federico attached re-notices for the depositions of Messrs. Estes, Puccio and Vaughn. In this letter, Mr. Federico merely stated that, "[a]s discussed[,] the depositions scheduled for April 14, 2005 and May 10, 2005 have been canceled." At that time, Mr. Federico did not re-notice the deposition of Mr. Romano. This April 11, 2005 letter and the deposition notices served therewith are attached hereto as Exhibit A.

5.    Lowe's never requested that plaintiff postpone Mr. Puccio's deposition, or, for that matter, Mr. Romano's. In a letter to Mr. Federico dated April 15, 2005, Mr. Casey explained that because Lowe's no longer employs Messrs. Puccio or Vaughn, Lowe's could not and was not required to produce them for their depositions, and that, should Mr. Federico wish to depose them, he should subpoena them. This April 15, 2005 letter is attached hereto as Exhibit B. In this letter, Mr. Casey also provided Mr. Federico with Mr. Puccio's last-known address and directed Mr. Federico to Lowe's initial disclosures which contain the last-known address of Mr. Vaughn.

6.    Mr. Federico did not re-notice the depositions of Messrs. Romano and Puccio until May 18, 2005. These deposition notices called for the deposition to occur on June 24, 2005. The May 18, 2005 deposition notices are attached hereto as Exhibit C. Mr. Federico never served another notice for the deposition of Mr. Vaughn.

7.    On June 6, 2005, Lowe's filed a motion for summary judgment.

8.    Even after Lowe's filed its Rule 56 motion, and Mr. Federico filed plaintiff's opposition, Mr. Federico canceled the depositions of Messrs. Romano and Puccio once more by letter dated June 21, 2005. The June 21, 2005 letter is attached hereto as Exhibit D.

9.    On July 8, 2005, plaintiff re-noticed the depositions of Messrs. Romano and

Puccio for August 12, 2005, which is nearly a month after the close of discovery in this matter,

July 15, 2005. The July 8, 2005 deposition notices are attached hereto as Exhibit E.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 27 DAY OF JULY 2005.

_____
AMY L. NASH

## CERTIFICATE OF SERVICE

I certify that a copy of the above document was mailed to counsel for all parties on this 27th day of July 2005.

_____
Amy L. Nash

EXHIBIT A

# Rainer & O'Connor, LLP

## *Attorneys at Law*
## 60 Veterans of Foreign Wars Parkway
## Revere, Massachusetts 02151

Robert K. Rainer
Christopher S. O'Connor
Daniel C. Federico
Edwin W. Barrett, III
Ryan Matthews
Jeremy Theerman
Christopher S. Brown
Michael Antoniello, MD
Ronald H. Rainer (retired)

Telephone (781) 289-7900
Facsimile (781) 485-0624
Toll Free (800) 451-2220

www.rainerlaw.com

April 11, 2005

Amy Nash, Esq.
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110

**RE:**    **David Dean v. Lowes Home Centers, Inc.**
     **United States District Court, Civil Action No: 04-12605-mel**

Dear Attorney Nash:

As discussed the depositions scheduled for April 14, 2005 and May 10, 2005 have been canceled. Enclosed are Re-Notices for the Taking of Depositions of Dan Puccio, Robert Estes and Steven Vaughn, Jr., scheduled for Friday, April 29, 2005, at 10:00 a.m., 11:00 a.m. and 12:00 p.m., here at our Revere office.

Thank you for your attention to this matter.

Very truly yours,

Daniel C. Federico

DCF/kdf
Enclosure

cc:    Janice M. Dayton
     19 Sea Fox Lane
     Gloucester, Massachusetts 01930

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO: 04-1265-mel**

|  |  |  |
|---|---|---|
| **DAVID DEAN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **RE-NOTICE OF TAKING DEPOSITION** |
| | ) | |
| **LOWE'S HOME CENTERS, INC.)** | | |
| **Defendant.** | ) | |

TO:    ALL PARTIES

Please take notice that at 10:00 o'clock a.m., on Friday, April 29, 2005 at the offices of Rainer O'Connor, 60 V.F.W. Parkway, Revere, Massachusetts 02151, the plaintiff in this action, by his attorney, will take deposition upon oral examination of **Dan Puccio** pursuant to Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

By Plaintiff's Attorney,

Daniel C. Federico
B.B.O. #645717
RAINER & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true Copy of the above document was served upon the attorney(s) of record for each other party by mail on April 11, 2005.

Daniel C. Federico, Esq.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO: 04-1265-mel

|  |  |  |
|---|---|---|
| | ) | |
| **DAVID DEAN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **RE-NOTICE OF TAKING DEPOSITION** |
| | ) | |
| **LOWE'S HOME CENTERS, INC.)** | | |
| **Defendant.** | ) | |
| | ) | |

TO:    ALL PARTIES

Please take notice that at 11:00 o'clock a.m., on Friday, April 29, 2005 at the offices of Rainer & O'Connor, 60 V.F.W. Parkway, Revere, Massachusetts 02151, the plaintiff in this action, by his attorney, will take deposition upon oral examination of **Robert Estes** pursuant to Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

By Plaintiff's Attorney,

Daniel C. Federico
B.B.O. #645717
RAINER & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true Copy of the above document was served upon the attorney(s) of record for each other party by mail on April 11, 2005.

Daniel C. Federico, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO: 04-1265-mel**

|  |  |
|---|---|
| **DAVID DEAN,**<br>**Plaintiff.** | )<br>)<br>)<br>) |
| **v.** | )<br>) |
| **LOWE'S HOME CENTERS, INC.)**<br>**Defendant.** | )<br>) |

**RE-NOTICE OF TAKING DEPOSITION**

TO:    ALL PARTIES

Please take notice that at 12:00 o'clock p.m., on Friday, April 29, 2005 at the offices of Rainer & O'Connor, 60 V.F.W. Parkway, Revere, Massachusetts 02151, the plaintiff in this action, by his attorney, will take deposition upon oral examination of **Steven Vaughn, Jr.** pursuant to Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

By Plaintiff's Attorney,

Daniel C. Federico
B.B.O. #645717
RAINER & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900

CERTIFICATE OF SERVICE

I hereby certify that on this day a true Copy of the above document was served upon the attorney(s) of record for each other party by mail on April 11, 2005.

Daniel C. Federico, Esq.

EXHIBIT B



**LITTLER MENDELSON®**

A PROFESSIONAL CORPORATION

ARIZONA

CALIFORNIA

COLORADO

April 15, 2005

David C. Casey
Direct: 617.378.6001
Direct Fax: 617.737.0052
dcasey@littler.com

DISTRICT OF COLUMBIA

FLORIDA

### VIA MAIL AND FACSIMILE

Daniel C. Federico, Esquire
Rainer, Walsh & O'Connor, LLP
60 Veterans of Foreign Wars Parkway
Revere, MA 02151

GEORGIA

Re:    *Dean v. Lowe's Home Centers, Inc.*, No. 04-12605-mel
       (United States District Court)

ILLINOIS

Dear Dan:

MASSACHUSETTS

We received your letter dated April 11, 2005 along with the enclosed notices for the depositions of Daniel Puccio, Robert Estes and Steven Vaughn scheduled for Friday, April 29, 2005. Steven Vaughn and Daniel Puccio are not employees of Lowe's, nor were they employed by Lowe's at the commencement of this action. We recently learned that Daniel Puccio left his employment with Lowe's in 2003. Therefore, Lowe's is not required and is unable to produce Messrs. Vaughn and Puccio for depositions in this matter. Should you wish to depose Messrs. Vaughn and Puccio, you will have to subpoena them. Mr. Vaughn's last known address is listed in Lowe's initial disclosures. Mr. Puccio's last known address is 119 Fellsway West, Medford, MA 02155.

MINNESOTA

NEVADA

NEW JERSEY

Once we ascertain Mr. Estes' availability for a deposition on April 29, we will contact you to confirm the date for his deposition.

NEW YORK

Very truly yours,

David C. Casey

DCC:dac

NORTH CAROLINA

OHIO

Boston:7697.1 028756. 376

PENNSYLVANIA

TEXAS

WASHINGTON

EXHIBIT C

# Rainer & O'Connor, LLP

*Attorneys at Law*
## 60 Veterans of Foreign Wars Parkway
## Revere, Massachusetts 02151

bert K. Rainer
ristopher S. O'Connor
.niel C. Federico
win W. Barrett, III
an Matthews
emy Theerman
.ristopher S. Brown
cnael Antoniello, MD
.nald H. Rainer (retired)

Telephone (781) 289-7900
Facsimile (781) 485-0624
Toll Free (800) 451-2220

www.rainerlaw.com

May 18, 2005



David C. Casey, Esq.
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110

**RE:     David Dean v. Lowes Home Centers, Inc.**
**United States District Court, Civil Action No: 04-12605-mel**

Dear Attorney Nash:

With reference to the above matter, would you please find enclosed Re-Notice of Taking Deposition of Frank Romano, scheduled for Friday, June 24, 2005, at 12:00 p.m., here at our Revere office.

Thank you for your attention to this matter.

Very truly yours,

Daniel C. Federico

DCF/kdf
Enclosure

cc:     Janice M. Dayton
19 Sea Fox Lane
Gloucester, Massachusetts 01930

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO: 04-1265-mel

|  |  |
|---|---|
| **DAVID DEAN,** | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | )     **RE-NOTICE OF TAKING DEPOSITION** |
|  | ) |
| **LOWE'S HOME CENTERS, INC.)** | |
| **Defendant.** | ) |
|  | ) |

TO:   ALL PARTIES

Please take notice that at 12:00 o'clock p.m., on Friday, June 24, 2005 at the offices of Rainer, Walsh & O'Connor, 60 V.F.W. Parkway, Revere, Massachusetts 02151, the plaintiff in this action, by his attorney, will take deposition upon oral examination of **Frank Romano** pursuant to Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

By Plaintiff's Attorney,

Daniel C. Federico
B.B.O. #645717
RAINER & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900

#### CERTIFICATE OF SERVICE

I hereby certify that on this day a true Copy of the above document was served upon the attorney(s) of record for each other party by mail on May 18, 2005.

Daniel C. Federico, Esq.

# Rainer & O'Connor, LLP
## *Attorneys at Law*
## 60 Veterans of Foreign Wars Parkway
## Revere, Massachusetts 02151

bert K. Rainer
ristopher S. O'Connor
niel C. Federico
win W. Barrett, III
emy Theerman
an Matthews
ristopher S. Brown
chael Antoniello, MD
nald H. Rainer (retired)

Telephone (781) 289-7900
Facsimile (781) 485-0624
Toll Free (800) 451-2220

www.rainerlaw.com

RECEIVED
MAY 1 9 2005
By_____

May 18, 2005

Daniel Puccio
119 Fellsway West
Medford, MA 02155

**RE:**   **David Dean v. Lowes Home Centers, Inc.**
     **United States District Court, Civil Action No: 04-12605-mel**

Dear Mr. Puccio:

Enclosed please find a Notice of your Deposition Subpoena scheduled for Friday, June 24, 2005, at 10:00 a.m., here at our Revere office.

Thank you for your attention to this matter.

Very truly yours,

Daniel C. Federico

DCF/kdf
Enclosure

cc:   Janice M. Dayton
19 Sea Fox Lane
Gloucester, Massachusetts 01930

David C. Casey, Esq.
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO: 04-1265-mel

|  |  |
|---|---|
| DAVID DEAN,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| LOWE'S HOME CENTERS, INC.)<br>    Defendant. | )<br>) |

### DEPOSITION SUBPOENA - M.R.C.P. Rule 30(a) & Rule 45

TO:   Daniel Puccio
119 Fellsway West
Medford, MA 02155

GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of Massachusetts Rules of Civil Procedure to appear and testify on behalf of the plaintiff before a Notary Public of the Commonwealth, at the office of RAINER & O'CONNOR, LLP, 60 V.F.W. Parkway, Revere, Massachusetts 02151; on the 24th day of June, 2005 at 10:00 o'clock a.m. and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

DATED: 05-18-05

By Plaintiff's Attorney,

RAINER & O'CONNOR, LLP
Daniel C. Federico
B.B.O. #645717
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900

## CERTIFICATE OF SERVICE

I, Daniel C. Federico, do hereby certify that I have on May 18, 2005 served a copy of the above documents by filing notice via first class mail, postage pre-paid, on the following:

David C. Casey, Esq.
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110

Daniel C. Federico, Esq.

EXHIBIT D

# Rainer & O'Connor, LLP

## *Attorneys at Law*
## 60 Veterans of Foreign Wars Parkway
## Revere, Massachusetts 02151

Robert K. Rainer
Christopher S. O'Connor
Daniel C. Federico
Edwin W. Barrett, III
Jeremy Theerman
Ryan Matthews
Christopher S. Brown
Michael Antoniello, MD
Ronald H. Rainer (retired)

Telephone (781) 289-7900
Facsimile (781) 485-0624
Toll Free (800) 451-2220

www.rainerlaw.com

RECEIVED
JUN 2·2 2005
By_____

June 21, 2005

David C. Casey, Esq.
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110

**RE:    David Dean v. Lowes Home Centers, Inc.**
**United States District Court, Civil Action No: 04-12605-mel**

Dear Attorney Casey:

Please be advised that the Deposition of Daniel Puccio scheduled for Friday, June 24, 2005, at 10:00 a.m. has been postponed until further notice.

Thank you for your attention to this matter.

Very truly yours,

Daniel C. Federico

DCF/kdf

cc:    Janice M. Dayton
19 Sea Fox Lane
Gloucester, Massachusetts 01930

# Rainer & O'Connor, LLP

## *Attorneys at Law*

## 60 Veterans of Foreign Wars Parkway
## Revere, Massachusetts 02151

Robert K. Rainer
Christopher S. O'Connor
Daniel C. Federico
Edwin W. Barrett, III
Jeremy Theerman
Ryan Matthews
Christopher S. Brown
Michael Antoniello, MD
Ronald H. Rainer (retired)

Telephone (781) 289-7900
Facsimile (781) 485-0624
Toll Free (800) 451-2220

www.rainerlaw.com

June 22, 2005

David C. Casey, Esq.
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
Sent via Facsimile (617) 737-0052

**RE:**    **David Dean v. Lowes Home Centers, Inc.**
          **United States District Court, Civil Action No: 04-12605-mel**

Dear Attorney Casey:

Please be advised that the Deposition of Frank Romano scheduled for Friday, June 24, 2005, at 12:00 p.m. has also beeen postponed until further notice.

Thank you for your attention to this matter.

Very truly yours,

Daniel C. Federico

DCF/kdf

cc:    Janice M. Dayton
       19 Sea Fox Lane
       Gloucester, Massachusetts 01930

EXHIBIT E

# Rainer & O'Connor, LL

## *Attorneys at Law*
## 60 Veterans of Foreign Wars Parkway
## Revere, Massachusetts 02151

obert K. Rainer
hristopher S. O'Connor
aniel C. Federico
dwin W. Barrett, III
yan Matthews
remy Theerman
hristopher S. Brown
lichael Antoniello, MD
onald H. Rainer (retired)

Telephone (781) 289-7900
Facsimile (781) 485-0624
Toll Free (800) 451-2220

www.rainerlaw.com



July 8, 2005

David C. Casey, Esq.
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110

**RE:**   **David Dean v. Lowes Home Centers, Inc.**
     **United States District Court, Civil Action No: 04-12605-mel**

Dear Attorney Nash:

With reference to the above matter, would you please find enclosed Re-Notice of Taking Depositions of Dan Puccio and Frank Romano, re-scheduled for Friday, August 12, 2005, at 10:00 a.m. and 12:00 p.m., here at our Revere office.

Thank you for your attention to this matter.

Very truly yours,

Daniel C. Federico

DCF/kdf
Enclosure

cc:   Janice M. Dayton
    19 Sea Fox Lane
    Gloucester, Massachusetts 01930

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO: 04-1265-mel

|  |  |  |
|---|---|---|
| **DAVID DEAN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **RE-NOTICE OF TAKING DEPOSITION** |
| | ) | |
| **LOWE'S HOME CENTERS, INC.)** | | |
| **Defendant.** | ) | |

TO:    ALL PARTIES

Please take notice that at 10:00 o'clock a.m., on Friday, August 12, 2005 at the offices of Rainer O'Connor, 60 V.F.W. Parkway, Revere, Massachusetts 02151, the plaintiff in this action, by his attorney, will take deposition upon oral examination of **Dan Puccio** pursuant to Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

By Plaintiff's Attorney,

Daniel C. Federico
B.B.O. #645717
RAINER & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true Copy of the above document was served upon the attorney(s) of record for each other party by mail on July 8, 2005.

Daniel C. Federico, Esq.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO: 04-1265-mel

|  |  |  |
|---|---|---|
| DAVID DEAN,<br>Plaintiff, | )<br>)<br>)<br>) |  |
| v. | ) | **RE-NOTICE OF TAKING DEPOSITION** |
| LOWE'S HOME CENTERS, INC.)<br>Defendant. | )<br>)<br>) |  |

TO:    ALL PARTIES

Please take notice that at 12:00 o'clock p.m., on Friday, August 12, 2005 at the offices of Rainer, Walsh & O'Connor, 60 V.F.W. Parkway, Revere, Massachusetts 02151, the plaintiff in this action, by his attorney, will take deposition upon oral examination of **Frank Romano** pursuant to Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

By Plaintiff's Attorney,

Daniel C. Federico
B.B.O. #645717
RAINER & O'CONNOR, LLP
60 V.F.W. Parkway
Revere, Massachusetts 02151
(781) 289-7900

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true Copy of the above document was served upon the attorney(s) of record for each other party by mail on July 8, 2005.

Daniel C. Federico, Esq.