UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12605-mel

```
_____
                            )
DAVID DEAN,                 )
     Plaintiff,             )
                            )
v.                          )
                            )
LOWE'S HOME CENTERS, INC.   )
     Defendant.             )
_____)
```

FILED
IN CLERK'S OFFICE
2005 OCT 31  P 12: 59
U.S. DISTRICT COURT
DISTRICT OF MASS.

## STIPULATION OF DISMISSAL

The plaintiff, David Dean, and the defendant, Lowe's Home Center, Inc., parties to the above entitled action, pursuant to the provisions of Mass.R.Civ.R.41(a)(I)(ii), hereby stipulate that said action be dismissed, with prejudice and without costs.

| The Plaintiff | The Defendant |
|---|---|
| By her Attorney, | By it's Attorney, |
| *[signature]* | *[signature]* |
| Daniel C. Federico | David Casey |
| BBO # 645717 | BBO # 77260 |
| Rainer & O'Connor, LLC | Littler Mendelson, P.C. |
| 60 V.F.W. Parkway | One International Place, Suite 2700 |
| Revere, Massachusetts 02151 | Boston, MA 02110 |
| (781) 289-7900 | (617) 378-6000 |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney on record for each other party by mail/hand delivery on: 10/31/05

*[signature]*